Spencer, Melba Jean, civilian
Heir to MELBA JEAN WHITE, E-state
11111 Jefferson Boulevard
Culver City. Nation California exempt
Non-Domestic without the u.s.
All correspondence required by mail



FILED
CLERK, U.S. DISTRICT COURT
NOV - 6 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CAUSE NO. _____

## UNITED FEDERAL COURT LOS ANGELES COUNTY

Spencer, Melba Jean, a civilian invoking due process

**Petitioner**

v.

ADVANCE MORTGAGE CORPORATION
AMCO SERVICE CORPORATION
OCWEN LOAN SERVICING LLC
DUKE PARTNERS II, LLC
SAM CHANDRA
LAW OFFICE OF SAM CHANDRA, APC
WESTERN PROGRESSIVE, LLC
Olivia Reyes
Does 1 through 10

**Respondents**

C.R.I.S. # _____
Parcel # 5064003017

LA CV 18  09439-JAK-ASx

**Special Cause**

**Civilian Right INVOKE EQUITY**
**CONFIDENTIAL – SPECIAL CAUSE**

*Trial by Jury Demanded;*
*Oral Hearing Demanded*

*All due process of Rights to Amend*

## AFFIDVAIT OF SERVICE

ABOVE STYLED RESPONDENTS AND ALL OTHERS WHOM IT MAY CONCERN:

YOU ARE HEREBY NOTIFIED of the institution of this Action by Petitioner against you seeking to take Petitioners Land Patent Title on the following property in Los Angeles County:

- ➢ "PETITION"
- ➢ LIS PENDENS
- ➢ PROOF OF SERVICE

Affidavit of Certificate of Service

C.R.I.S # _____

This is to certify that a copy of the foregoing "PETITION;" Lis Pendant; proof of service served on:

**COUNTY OF LOS ANGELES**
County of Administration Center
500 West Temple Street, Room 358
Los Angeles, California [90012]

**ADVANCE MORTGAGE CORPORATION (FTB SUSPENDED)**

**AMCO SERVICE CORPORATION (FTB SUSPENDED)**

**OCWEN LOAN SERVICING LLC**
c/o CSC-LAWYERS INCOPORATING SERVICE
251 LITTLE FALLS DRIVE
WILMINGTON DELAWARE 19808

**DUKE PARTNERS II, LLC**
c/o COGENCY GLOBAL INC.
10 EAST 40TH ST 10TH FLOOR
NEW YORK, NEW YORK 10016

**LAW OFFICE OF SAM CHANDRA, APC**
**SAM CHANDRA**
710 South Myrtle Avenue #600
Monrovia, California 91016

**WESTERN PROGRESSIVE, LLC**
**Attention:** Olivia Reyes
c/o CSC-LAWYERS INCOPORATING SERVICE
251 LITTLE FALLS DRIVE
WILMINGTON DELAWARE 19808

At Los Angeles, Los Angeles County California on _____2018, in a postage pre-paid Certified Mail Return Receipt Priority Mail USPS envelope.

Third Party neutral party for service and process only of pleading

By_____