Spencer, Melba Jean, civilian
Heir to MELBA JEAN WHITE, E-state
11111 Jefferson Boulevard
Culver City. Nation California exempt
Non-Domestic without the u.s.
All correspondence required by mail

FILED
2018 NOV 26 PM 2: 13

CAUSE NO. LA CV18 09439 - JAK -Asx

# UNITED FEDERAL COURT LOS ANGELES COUNTY

Spencer, Melba Jean, a civilian invoking due process

**Petitioner**

v.

ADVANCE MORTGAGE CORPORATION
AMCO SERVICE CORPORATION
OCWEN LOAN SERVICING LLC
DUKE PARTNERS II, LLC
SAM CHANDRA
LAW OFFICE OF SAM CHANDRA, APC
WESTERN PROGRESSIVE, LLC
Olivia Reyes
Does 1 through 10

**Respondents**

C.R.I.S. # _____
Parcel # 5064003017

**Special Cause**

**Civilian Right INVOKE EQUITY**
**CONFIDENTIAL – SPECIAL CAUSE**
Trial by Jury Demanded;
Oral Hearing Demanded
*All due process of Rights to Amend*

# AFFIDVAIT OF SERVICE

ABOVE STYLED RESPONDENTS AND ALL OTHERS WHOM IT MAY CONCERN:

YOU ARE HEREBY NOTIFIED of the institution of this Action by Petitioner against you seeking to take Petitioners Land Patent Title on the following property in Los Angeles County:

- "PETITION"
- LIS PENDENS
- PROOF OF SERVICE

Affidavit of Certificate of Service

C.R.I.S # _____

This is to certify that a copy of the foregoing "PETITION;" Lis Pendant; proof of service served on:

**COUNTY OF LOS ANGELES** ~~
County of Administration Center
500 West Temple Street, Room 358
Los Angeles, California [90012]
https://countofLos.Angeles.us/~~

**ADVANCE MORTGAGE CORPORATION (FTB SUSPENDED)**
10330 Pioneer Boulevard Suite 250
Santa Fe Springs California 90670

7017 1000 0001 1139 5886   CM #

**AMCO SERVICE CORPORATION (FTB SUSPENDED)**
ATTN: Amy C
5452 Oceanus Drive
Huntington Beach California 92649

7017 1000 0001 1150 0501   CM #

**OCWEN LOAN SERVICING LLC**
c/o CSC-LAWYERS INCOPORATING SERVICE
251 LITTLE FALLS DRIVE
WILMINGTON DELAWARE 19808   7017 1000 0001 1139 5909   CM #

**DUKE PARTNERS II, LLC** ~~
c/o COGENCY GLOBAL INC.
10 EAST 40TH ST 10TH FLOOR
NEW YORK, NEW YORK 10016~~   7017 1000 0001 1139 5916   CM #

**LAW OFFICE OF SAM CHANDRA, APC** ~~
SAM CHANDRA
710 South Myrtle Avenue #600
Monrovia, California 91016~~   7017 1000 0001 1139 5862   CM #

**WESTERN PROGRESSIVE, LLC**
Attention: Olivia Reyes
c/o CSC-LAWYERS INCOPORATING SERVICE
251 LITTLE FALLS DRIVE
WILMINGTON DELAWARE 19808   7017 1000 0001 1139 5879   CM #

Olivia Reyes
18377 Beach Boulevard Suite 210
Huntington Beach California 92648   7017 1000 0001 1150 0440   CM #

At Los Angeles, Los Angeles County California on 11/14/18 2018, in a postage pre-paid Certified Mail Return Receipt Priority Mail USPS envelope.

Third Party neutral party for service and process only of pleading

By _Spencer Marquetta_