WEDGEWOOD
Office of the General Counsel
ALAN M. DETTELBACH (SBN 137540)
adettelbach@wedgewood-inc.com
SETH P. COX (SBN 277239)
scox@wedgewood-inc.com
JULIE A. CHOI (SBN 281100)
jchoi@wedgewood-inc.com
ELAINE YANG (SBN 285318)
eyang@wedgewood-inc.com
2015 Manhattan Beach Blvd., Suite 100
Redondo Beach, CA 90278
Telephone: (310) 640-3070
Facsimile: (310) 640-3090

*Attorneys for Defendants,*
*Duke Partners II, LLC; Olivia Reyes; Sam Chandra dba Law Office of Sam Chandra, APC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELBA JEAN SPENCER,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCE MORTGAGE CORPORATION; AMCO SERVICE CORPORATION; OCWEN LOAN SERVICING LLC; DUKE PARTNERS II, LLC; SAM CHANDRA DBA LAW OFFICE OF SAM CHANDRA, APC; WESTERN PROGRESSIVE, LLC; OLIVIA REYES, DOES 1 THROUGH 10<br><br>Defendants | **Case No.: 2:18-CV-09439-JAK-AS**<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS DUKE PARTNERS II, LLC'S, OLIVIA REYES', AND SAM CHANDRA DBA LAW OFFICE OF SAM CHANDRA, APC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6);**<br><br>*[Motion to Dismiss filed concurrently herewith]*<br><br>Hearing Date: March 18, 2019<br>Time: 18:30 a.m.<br>Courtroom: 10B<br>Judge: Honorable John A. Kronstadt |

Defendants Duke Partners II, LLC, Olivia Reyes, Sam Chandra dba Law Office of Sam Chandra, APC (collectively, "Defendants") submit the following Request for Judicial Notice in support of its 12(b)(6)-(7) Motion to Dismiss the Complaint of plaintiff Melba Jean Spencer ("Plaintiff").

Pursuant to Federal Rule of Evidence Rule 201, Defendants request that this Court take judicial notice of the following documents recorded with the Los Angeles County Recorder and of court records filed in the Superior Court of California, County of Los Angeles. These documents are a proper subject for judicial notice under Federal Rule of Evidence 201(b)(2) because they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." (Fed. Rule Evid., Rule 201(b)(2); see *Fontenot v. Wells Fargo Bank, N.A.* (2011) 198 Cal.App.4th 256, 264-266 [disapproved by *Yvanova v. New Century Mortg. Corp.* (2016) 62 Cal.4th 919 on other grounds]; *Hensley v. U.S. Dist. Court Easter Dist. of Cal.* (N.D. Cal. 2008) 2008 WL 480000, at *2.)

Accordingly, Defendants respectfully request that the court take of judicial notice of the following documents:

1) **Exhibit 1:** Attached as Exhibit 1 is a true and correct copy of a Deed of Trust recorded in the Official Records of the County of Los Angeles on October 12, 2006 as instrument number 06 2268286.

2) **Exhibit 2:** Attached as Exhibit 2 is a true and correct copy of an Assignment of Deed of Trust recorded in the Official Records of the County of Los Angeles on June 10, 2016 as instrument number 20150684530.

3) **Exhibit 3:** Attached as Exhibit 3 is a true and correct copy of a Substitution of Trustee recorded in the Official Records of the County of Los Angeles on September 10, 2015 as instrument number 20151120749.

4) **Exhibit 4:** Attached as Exhibit 4 is a true and correct copy of a Notice of Default recorded in the Official Records of the County of Los Angeles on November 25, 2015 as instrument number 20151482042.

5) **Exhibit 5:** Attached as Exhibit 5 is a true and correct copy of a Notice of Trustee's Sale recorded in the Official Records of the County of Los Angeles on May 31, 2016 as instrument number 20160615054.

6) **Exhibit 6:** Attached as Exhibit 6 is a true and correct copy of a Trustee's Deed Upon Sale recorded in the Official Records of the County of Los Angeles on July 21, 2017 as instrument number 20170819255.

7) **Exhibit 7:** Attached as Exhibit 7 is a true and correct copy of a Complaint for Unlawful Detainer, filed on July 28, 2017 in the Superior Court for the State of California, County of Los Angeles, *Duke Partners II, LLC. v. Melba J. Spencer*, Case No. 17U07959.

8) **Exhibit 8:** Attached as Exhibit 8 is a true and correct copy of a Notice of Entry of Judgment, filed on December 11, 2017, in the Superior Court for the State of California, County of Los Angeles, *Duke Partners II, LLC. v. Melba J. Spencer*, Case No. 17U07959.

9) **Exhibit 9:** Attached as Exhibit 9 is a true and correct copy of a Notice Re: Abandonment of Appeal Filed in the Appellate Division, filed on March 22, 2018 in the Appellate Division of the Superior Court for the State of California, County of Los Angeles, *Duke Partners II, LLC. v. Melba J. Spencer*, Trial Case No. 17U07959 and Appellate Division Case No. BV032592.

10) **Exhibit 10:** Attached as Exhibit 10 is a true and correct copy of a Grant Deed recorded in the Official Records of the County of Los Angeles on September 28, 2018 as instrument number 20180992775.

Dated: December 5, 2018

WEDGEWOOD
OFFICE OF THE GENERAL COUNSEL

/s/ Elaine Yang

Elaine Yang
*Attorneys for Defendants Duke Partners II, LLC; Olivia Reyes; Sam Chandra dba Law Office of Sam Chandra, APC*

**CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2015 Manhattan Beach Blvd., Suite 100, Redondo Beach, California 90278.

On December 5, 2018, I serve the following document(s) described as: **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS DUKE PARTNERS II, LLC'S, OLIVIA REYES', AND SAM CHANDRA DBA LAW OFFICE OF SAM CHANDRA, APC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

on the parties listed on the Court's ECF docket via electronic service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 5, 2018, at Redondo Beach, California

/s/ Amelia Guisinger