# EXHIBIT 2

This page is part of your document - DO NOT DISCARD



## 20150684530



**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**06/10/15 AT 09:35AM**

Pages:
0003

| | |
|---|---:|
| FEES: | 21.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 21.00 |



**LEADSHEET**



201506103320012

00010695314

006884716

**SEQ:
30**

DAR - Courier (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**

E617178

2

Recording Requested By:
OCWEN LOAN SERVICING, LLC

When Recorded Return To:

OCWEN LOAN SERVICING, LLC
240 TECHNOLOGY DRIVE
IDAHO FALLS, ID 83401


06/10/2015
*20150684530*



## CORPORATE ASSIGNMENT OF DEED OF TRUST

Los Angeles, California
SELLER'S SERVICING #:7191023931 "SPENCER"
SELLER'S LENDER ID#: DCR SCI
OLD SERVICING #: 3002248866

MIN #: 100175200003085662 SIS #: 1-888-679-6377

For Value Received, Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as nominee for Mila, Inc. DBA Mortgage Investors Lending Associates, Inc,, its successors and/or assigns hereby grants, assigns and transfers to U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-4N at C/O OCWEN LOAN SERVICING, LLC., 1661 WORTHINGTON ROAD, STE 100, WEST PALM BEACH, FL 33409 all its interest under that certain Deed of Trust dated 10/04/2006 , in the amount of $550,000.00, executed by MELBA J SPENCER, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), SOLELY AS NOMINEE FOR MILA, INC. DBA MORTGAGE INVESTMENT LENDING ASSOCIATES, INC., ITS SUCCESSORS AND ASSIGNS and Recorded: 10/12/2006 as Instrument No.: 06-2268286 in the County of Los Angeles, State of California.

Legal: N/A

"THE PURPOSE OF THIS ASSIGNMENT OF DEED OF TRUST IS TO CORRECT THE ASSIGNOR & ASSIGNEE ON THE ASSIGNMENT RECORDED ON 09/20/2013, ON INSTRUMENT NO: 20131369576"

Property Address: 1827 COCHRAN PLACE, LOS ANGELES, CA 90019

In witness whereof this instrument is executed.

Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as nominee for Mila, Inc. DBA Mortgage Investors Lending Associates, Inc,, its successors and/or assigns
On __MAY 1 5 2015__

*Karen Smith* (signature)

__Karen Smith__, Assistant Secretary

*HAK*HAKGMAC*05/14/2015 12:54:57 PM* GMAC40GMACA000000000000004574129* CALOS A* 7191023931 CASTATE_TRUST_ASSIGN_ASSN *KS*KS1GMAC*

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2

STATE OF **Iowa**
COUNTY OF **Black Hawk**

On **MAY 15 2015**, before me, **MARY KAMMEYER**, a Notary Public in and for **Black Hawk** in the State of **Iowa**, personally appeared **Karen Smith**, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*Mary Kammeyer*
**MARY KAMMEYER**
Notary Expires: **OCT 28 2017**

MARY KAMMEYER
COMMISSION NO.786692
MY COMMISSION EXPIRES
OCTOBER 28, 2017

(This area for notarial seal)

*HAK*HAKGMAC*05/14/2015 12:54:57 PM* GMAC40GMACA00000000000004574129* CALOS A* 7191023931 CASTATE_TRUST_ASSIGN_ASSN *KS*KS1GMAC*