# EXHIBIT 3




**This page is part of your document - DO NOT DISCARD**

# 20151120749




Pages:
0003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**09/10/15 AT 08:00AM**

| | |
|---|---:|
| FEES: | 21.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 21.00 |





**L E A D S H E E T**



201509103240023

**00011110081**



007070556

**SEQ:**
**01**

ERDS - 8:00AM



*E497023*

**THIS FORM IS NOT TO BE DUPLICATED**

TSG1504-CA-2556985_2657

TS No.: 2015-02414-CA

RECORDING REQUESTED BY:
Premium Title of California

AND WHEN RECORDED MAIL TO:
Western Progressive Trustee, LLC
Northpark Town Center
1000 Abernathy Rd NE; Bldg 400, Suite 200
Atlanta, GA 30328

FOR RECORDER'S USE
TS No.: 2015-02414-CA

SPACE ABOVE THIS LINE

## SUBSTITUTION OF TRUSTEE

**WHEREAS, Melba J Spencer, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY** was the original Trustor, **CHICAGO TITLE COMPANY** was the original Trustee, and MILA INC DBA MORTGAGE INVESTMENT LENDING ASSOCIATES, INC AS LENDER MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. was the original Beneficiary under that certain Deed of Trust dated **10/04/2006** and recorded on 10/12/2006 as Instrument No. **06 2268286**, in book ---, page --- of Official Records of **Los Angeles** County, California, and

**WHEREAS**, the undersigned is the present Beneficiary under said Deed of Trust, and

**WHEREAS**, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

**NOW, THEREFORE,** the undersigned hereby substitutes **Western Progressive Trustee, LLC, Northpark Town Center, 1000 Abernathy Rd NE; Bldg 400, Suite 200, Atlanta, GA 30328** as Trustee under said Deed of Trust.

TS No.: 2015-02414-CA

## SUBSTITUTION OF TRUSTEE

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated: 7/27/15

U.S. BANK NATIONAL ASSOCIATION, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-4N, By its Servicer Ocwen Loan servicing, LLC

_____
Kristin Frontera        Contract Management Coordinator

State of Florida } ss.
County of Palm Beach }

The foregoing instrument was acknowledged and sworn before me this __27__ day of __July__, 2015, by __Kristin Frontera__ as Contract Management Coordinator of Ocwen Loan Servicing, LLC., who is personally known to me or who has produced _____ as identification.

Notary Public-State of Florida
Holly Christian
My Commission Expires: 12/2/18

Notary Public State of Florida
Holly Christian
My Commission FF 180349
Expires 12/02/2018