# EXHIBIT 6

**This page is part of your document - DO NOT DISCARD**



# 20170819255



Pages:
0004

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**07/21/17 AT 08:00AM**

| | |
|---|---:|
| FEES: | 24.00 |
| TAXES: | 4,289.60 |
| OTHER: | 0.00 |
| PAID: | 4,313.60 |



**L E A D S H E E T**



201707213260016

**00014002680**



008471999

**SEQ:
01**

**SECURE - 8:00AM**



**THIS FORM IS NOT TO BE DUPLICATED**



*E629179*      169_2053350

TS No.: 2015-02414-CA

RECORDING REQUESTED BY:
Western Progressive, LLC

AND WHEN RECORDED TO:
Duke Partners II, LLC
2015 Manhattan Beach Blvd #100,
Redondo Beach, CA 90278

Forward Tax Statements to
THE address given above

*Accommodation Only*

---

SPACE ABOVE LINE FOR RECORDER'S USE

TS No.: 2015-02414-CA
1827 COCHRAN PLACE
LOS ANGELES, CA 90019

Order No.: 1504-CA-2556985

## TRUSTEE'S DEED UPON SALE

A.P.N.: 5064-003-017

Transfer Tax: ~~$0.00~~ $842.60 / $3,447.00 City

THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE, SECTION 480.3

The Grantee Herein **was not** the Foreclosing Beneficiary.
The Amount of the Unpaid Debt was **$655,765.66**
The Amount Paid by the Grantee was **$766,000.00**
Said Property is in the City of **Los Angeles**, County of **Los Angeles**

**Western Progressive, LLC** , as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

**Duke Partners II, LLC**

Version 1.1 CA TDUS 0417          Page 1 of 3

Fidelity National Title Company

TS No.: 2015-02414-CA

RECORDING REQUESTED BY:
**Western Progressive, LLC**

AND WHEN RECORDED TO:
**Duke Partners II, LLC**
**2015 Manhattan Beach Blvd #100,**
**Redondo Beach, CA 90278**

Forward Tax Statements to
the address given above

*Accommodation Only*

SPACE ABOVE LINE FOR RECORDER'S USE

TS No.: 2015-02414-CA           Order No.: 1504-CA-2556985

1827 COCHRAN PLACE
LOS ANGELES, CA 90019

# TRUSTEE'S DEED UPON SALE

A.P.N.: **5064-003-017**           Transfer Tax: ~~$0.00~~ $842.60 / $3,447.00 City

THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE, SECTION 480.3

The Grantee Herein **was not** the Foreclosing Beneficiary.
The Amount of the Unpaid Debt was **$655,765.66**
The Amount Paid by the Grantee was **$766,000.00**
Said Property is in the City of **Los Angeles**, County of **Los Angeles**

**Western Progressive, LLC** , as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

**Duke Partners II, LLC**

TS No.: 2015-02414-CA

# TRUSTEE'S DEED UPON SALE

Order No.: 1504-CA-2556985

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of **Los Angeles**, State of California, described as follows:

LOT 44 OF TRACT NO 11723, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 214 PAGES 24 TO 26 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by, **Melba J Spencer, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY** as Trustor, dated 10/04/2006, recorded on 10/12/2006 , instrument number 06 2268286 , Book --- , Page --- and rerecorded on --- as --- of the Official Records in the office of the Recorder of **Los Angeles**, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to Sell under the Deed of Trust. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including, among other things, as applicable, the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default or the posting and mailing of copies of the Notice of Sale or the publication of a copy thereof.

TS No.: 2015-02414-CA

# TRUSTEE'S DEED UPON SALE

## Order No.: 1504-CA-2556985

At the place fixed in the Notice of Trustee's Sale, said Trustee did sell said property above described at public auction on **07/06/2017** to said Grantee, being the highest bidder at said sale for the amount bid, being **$766,000.00** in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

Date: **July 18, 2017**          Western Progressive, LLC

By:                              _____
                                 Laterrika Thompkins, **Trustee Sale Assistant**

STATE OF Georgia
COUNTY OF Fulton

On 7/18/2017 before me, Iman Walcott Personally appeared Laterrika Thompkins who is personally known to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Iman Walcott                                      (Seal)

*[Notary Seal: IMAN WALCOTT, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, MY COMMISSION EXPIRES APRIL 11, 2020]*