# EXHIBIT 7

SAM CHANDRA (# 203942)
LAW OFFICES OF SAM CHANDRA, APC
710 S. MYRTLE AVE., # 600
MONROVIA, CA 91016
(626) 256-4999

ATTORNEYS FOR PLAINTIFF

3401
ap019

FILED
Superior Court Of California
County Of Los Angeles

JUL 28 2017

Sherri R. Carter, Executive Officer/Clerk
By _____, Deputy
Cristian Orijalva

OSC DATE JAN 24 2018

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

DUKE PARTNERS II, LLC

Plaintiff,

vs.

MELBA J SPENCER

and Does 1 to 10,

Defendants.

Case No. 17U07959

COMPLAINT FOR UNLAWFUL DETAINER

Action based on Code of Civil Procedure Section 1161a

LIMITED CIVIL

DEMAND EXCEEDS $ 10,000

Plaintiff alleges as follows:

1. Plaintiff is a: Limited Liability Co

2. Plaintiff alleges a cause of action against the following person(s) hereinafter "Defendants" for Unlawful Detainer: Melba J Spencer

3. The true names or capacities, whether individual, corporate, associate, or otherwise, of Defendants DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff is informed and believes and on such information

COMPLAINT FOR UNLAWFUL DETAINER
-1-

and belief alleges, that each of the Defendants designated herein as DOE was legally responsible in some manner for the events and happenings herein referred to and legally caused damages approximately thereby to Plaintiff as herein alleged.

4. On 07/06/2017, Plaintiff became the owner of real property by purchasing said property at a foreclosure sale.

5. Title under this sale has been duly perfected.

6. Pursuant to the recitations contained within the Trustee's Deed Upon Sale, the foreclosure sale, and all required notices were accomplished in compliance with CC §2924 et. seq..

7. The Real Property as stated above bears the APN number of: 5064003017

8. The Real Property as stated above is located at: 1827 Cochran Place, Los Angeles, CA 90019, County of LOS ANGELES

9. No landlord/tenant relationship exists between the purchaser and the Defendants.

10. Since the date of sale, and continuing to present, Defendants have occupied said premises without the consent or authorization of the purchaser.

11. Defendants' title, if any, to said premises, that existed prior to the date of sale, was extinguished by said sale.

12. On 07/24/17, Plaintiff caused to be served on the Defendants a written notice in compliance with the Code of Civil Procedure, Section 1161a et seq., requiring and demanding that Defendant(s) quit and deliver up possession of the premises within 3 days.

13. More than 3 days have elapsed since the service of said notice. The notice has expired, but Defendants have failed and refused, and continues to fail and refuse, to quit and deliver up possession of the premises, Defendant(s) now being in possession thereof.

14. The reasonable rental rate of the premises is $ 5,000.00 per month. The daily rate based upon a 30 day month is $ 166.67.

15. Plaintiff is being damaged by the detention of this property in the sum of not less than $ 166.67 per day for the use and occupancy of said premises, and will continue to sustain damages at said rate for so long as Defendants remain in possession of the premises.

16. Plaintiff has not received any rents or other compensation from the Defendant(s).

17. The Defendants hold-over and continue in possession of the premises. Said hold-over and continued possession is willful, intentional, deliberate, and without permission or consent of Plaintiff. Plaintiff is entitled to immediate possession of the premises.

18. The premises are located in the above-entitled judicial district.

19. Defendants have had use and enjoyment of the premises, at the detriment of Plaintiff from the date of the service of the notice through today and will continue to enjoy the same through the date of entry of judgment or the date Plaintiff is finally able to recover possession of the premises.

WHEREFORE, Plaintiff prays against Defendants, and each of them, as follows:

1. For restitution and possession of the premises;
2. For damages in the amount of $166.67 per day or as allowed by law from 07/28/17 to the date of entry of judgment, or recovery of possession of the premises;
3. For Plaintiff's costs of suit;
4. For such other and further relief as the Court may deem just and proper.

Executed 07/28/17

Sam Chandra, Esq
Attorney for Plaintiff

EXHIBIT LIST:

The following exhibits are attached and incorporated into the complaint by reference:
1. Verification to Complaint
2. Deed
3. Notice and proof of service.

## VERIFICATION of the Complaint:

I am:
[ ] the Plaintiff;
[ ] an Officer of the Plaintiff in this action, and am authorized to make this verification for and on its behalf.
[ ] a partner of the Plaintiff in this action, and am authorized to make this verification for and on its behalf.
[X] an agent of the Plaintiff in this action, and am authorized to make this verification for and on its behalf.
The matters stated in the forgoing document are true of my own knowledge except as to those matters stated on information and belief, and as to those matters I believe them to be true.

I request that a facsimile whether by traditional fax or by "scan and e-fax or e-mail" be accepted as an original pursuant to CRC 2.305(d).

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. Executed in Redondo Beach _____, California. Pursuant to Code of Civil Procedure, Sections 2015.5 and 396a.

Olivia Reyes          7-28-17          (Signature)
(Name, printed or typed)   (Date)

Pursuant to Evidence Code, § 1521 and Calif. Rules of Court, Rule 2.305(d), a signature hereon, in any, produced by facsimile transmission is admissible as an original.

Declaration of Attorney re Verification: My client has indicated to me that they are unable to proceed to my office to deliver a "wet ink signature", as such this document is either a faxed copy of the original or a scanned and e-mailed copy of the original. I request the court to accept it as an original per CRC 2.305(d). Sam Chandra 7/28/17 _____

Notice; Pursuant to the Fair Debt Collection Practices Act. If this document demands any sum of money, we hereby inform you that unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This is an attempt to collect a debt and any information obtained will be used for this purpose.

This page is part of your document - DO NOT DISCARD

## 20170819255




Pages:
0004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

07/21/17 AT 08:00AM

| | |
|---|---:|
| FEES: | 24.00 |
| TAXES: | 4,289.60 |
| OTHER: | 0.00 |
| PAID: | 4,313.60 |



LEADSHEET

201707213260016

00014002680

006471999

SEQ:
01

SECURE - 8:00AM

THIS FORM IS NOT TO BE DUPLICATED

169_2053350_

FOR REFERENCE ONLY: 20170819255

TS No.: 2015-02414-CA

RECORDING REQUESTED BY:
Western Progressive, LLC

AND WHEN RECORDED TO:
Duke Partners II, LLC
2015 Manhattan Beach Blvd #100,
Redondo Beach, CA 90278

Forward Tax Statements to
THe address given above

SPACE ABOVE LINE FOR RECORDER'S USE

TS No.: 2015-02414-CA
1827 Cochran Place
Los Angeles, CA 90019

Order No.: 1504-CA-2556985

## TRUSTEE'S DEED UPON SALE

A.P.N.: 5064-003-017

Transfer Tax: $0.00 $842.60/$3,447.00 city

THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE, SECTION 480.3

The Grantee Herein was not the Foreclosing Beneficiary.
The Amount of the Unpaid Debt was $655,765.66
The Amount Paid by the Grantee was $766,000.00
Said Property is in the City of Los Angeles, County of Los Angeles

Western Progressive, LLC, as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to

Duke Partners II, LLC

Page 1 of 3

Version 1.1 CA TDUS 0417

TS No.: 2015-02414-CA

## TRUSTEE'S DEED UPON SALE

Order No.: 1504-CA-2556985

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of Los Angeles, State of California, described as follows:

LOT 44 OF TRACT NO 11723, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 214 PAGES 24 TO 26 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by, Melba J Spencer, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY as Trustor, dated 10/04/2006, recorded on 10/12/2006, instrument number 06 2268286, Book ---, Page --- and rerecorded on --- as --- of the Official Records in the office of the Recorder of Los Angeles, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to Sell under the Deed of Trust. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including, among other things, as applicable, the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default or the posting and mailing of copies of the Notice of Sale or the publication of a copy thereof.

TS No.: 2015-02414-CA

# TRUSTEE'S DEED UPON SALE

Order No.: 1504-CA-2556985

At the place fixed in the Notice of Trustee's Sale, said Trustee did sell said property above described at public auction on 07/06/2017 to said Grantee, being the highest bidder at said sale for the amount bid, being $766,000.00 in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

Date: July 18, 2017

By: _____

Western Progressive, LLC

Laterrika Thompkins, Trustee Sale Assistant

STATE OF Georgia
COUNTY OF Fulton

On 7/18/2017 before me, Iman Walcott Personally appeared Laterrika Thompkins who is personally known to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____  (Seal)
Iman Walcott

Notice to Any Renters Living At

1827 Cochran Place
Los Angeles, California 90019

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.
You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.
Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.
You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.
How to Get Legal Help
If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Internet Web site (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

## NOTICE TO QUIT

TO: Melba J Spencer,
and all other persons and/or entities in possession of the real property commonly known as: 1827 Cochran Place, Los Angeles, California 90019 (the "Premises").

1. NOTICE IS HEREBY GIVEN that Duke Partners II, LLC purchased the Premises at a foreclosure sale held pursuant to the power of sale contained in a deed of trust in accordance with California Civil Code § 2924 and that title to the Premises has been duly perfected.

2. Despite its best efforts, Duke Partners II, LLC is unaware of the status of the occupant(s), and therefore provides notice of termination under either a 3, 30 or 90 day notice.

3. You will fall within ONE of the three categories below either as: (a) a prior owner, (b) a renter of a room of the Premises or a non-rent-paying occupant, or (c) a renter independent from the prior owner.

    a. If you are the former owner(s) of the Premises, the trustor(s) on the deed of trust for the Premises, the successor in interest to said trustor(s) or a person claiming possession under such person(s) [Cal. Code Civ. Proc. § 1161a(b)(3)], then **WITHIN 3 DAYS AFTER SERVICE OF THIS NOTICE**; or
    b. If you are a rent-paying tenant or subtenant in possession of any structure or any part of the Premises (e.g. a room or unit of the Premises), a non-rent-paying occupant in possession of the Premises or an occupant in possession of the Premises without an agreement that specifies a definite rental period (e.g. a caretaker) [Cal. Code Civ. Proc. § 1161a(c) or Civ. Code § 789,], then **WITHIN 30 DAYS AFTER SERVICE OF THIS NOTICE**; or
    c. If you are a rent-paying tenant or subtenant in possession of the Premises, under a month-to-month lease or periodic tenancy at the time the Premises was sold in foreclosure (i.e. you are not a tenant or subtenant as described in paragraph 2 above) [Cal. Code Civ. Proc. § 1161b], then **WITHIN 90 DAYS AFTER SERVICE OF THIS NOTICE**,

4. YOU ARE REQUIRED to quit and surrender possession of the Premises or the portion in which you reside to Duke Partners II, LLC or to the undersigned who is authorized to receive the same. Unless you vacate and deliver possession of the Premises within the time described above, an unlawful detainer (eviction) lawsuit will be filed against you to recover possession of the Premises, all damages (including monies pursuant to Code of Civil Procedure § 1174(b) and any other damages allowed by law), costs and attorneys' fees. This notice was served concurrently with the coversheet as described by Cal. Code Civ. Proc. § 1161c.

Note, if two or more of the above categories describe you, the category with the longest notice period will prevail.

Note, if you claim that you (i) occupy the Premises under a written lease, (ii) have a tenancy that requires the monthly payment of rent, or (iii) have a tenancy that is protected under any local or State laws, such as rent control or just cause eviction laws, please provide a copy of the written lease and all rent receipts to Olivia Reyes at 2015 Manhattan Beach Blvd Suite 100, Redondo Beach, CA 90278, (310) 640-3070 x 110.

Note, state law permits former occupants to reclaim abandoned personal property left at the former address of the occupant, subject to certain conditions. You may or may not be able to reclaim property without incurring additional costs, depending on the cost of storing the property and the length of time before it is reclaimed. In general, these costs will be lower the sooner you contact the owner as listed above, after being notified that property belonging to you was left behind after you moved out.

Active Military: If you are active in the United States Military or otherwise entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq.), please contact the undersigned immediately. Note, proof of status may be required and reviewed under Federal Law.

If you are in possession of the Premises and your name does not appear on this notice, please contact the undersigned immediately at (310) 640-3070 x 110.

7/24/2017
Date

Olivia Reyes, Authorized Agent of Owner

## DECLARATION OF SERVICE OF NOTICE
## BY REGISTERED PROCESS SERVER

I, the undersigned, declare that at the time of service of the papers herein described, I was at least eighteen (18) years of age, and a REGISTERED PROCESS SERVER AS INDICATED BELOW. I served the following:

**Document served:** Foreclosure Notice to Quit & Coversheet

**Persons served:** Melba J Spencer; all unknown occupants in possession of the premises

**Location of service:**
1827 Cochran Place
Los Angeles, CA 90019

**Method of service:**

☐ **PERSONAL DELIVERY** of a copy of the Notice to: _____

☐ By **Leaving a Copy** of the notice for residents with _____, a person of suitable age or discretion, at the residence of the residents; **AND BY MAILING** by first-class mail on said date a copy to each of the residents by depositing said copies into the United States Mail in a sealed, postage-paid envelope, addressed to the residents at their place of residence.

☒ **BY POSTING & MAILING** After unsuccessfully attempting to locate residents and there being no person of suitable age or discretion to be found, **I POSTED** a copy for each of the residents in a conspicuous location on the premises, **AND I MAILED** by first-class mail on the same day as posted, a copy to each of the residents by placing in the United States Mail in a sealed, postage-paid envelope, addressed to the residents where the property is situated. I am unaware of any alternate address or usual place of business other than the address as indicated above.

Date of Service: 7-24-17
(date)

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and if sworn as a witness could competently testify thereto.

Dated: 7-24-17

(Signature)
JAY YOUNG
(Name, printed or typed)

Registration County: Orange County

Registration number: 2828
Company Name: CHOICE ATTORNEY SERVICE
Company Addr: 9852 KATELLA # 171
Addr line 2: ANAHEIM, CA 92804
Phone number: 714-774-3176

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

# MISCELLANEOUS RECEIPT

MD | 058511

| DISTRICT | DATE RECEIVED | CASE NUMBER |
|---|---|---|
| Central | 07/28/17 | 17U07959 |

**RECEIVED FROM:** Law Off. of Sam Chandra
**AGENCY:** CA 91016
**ADDRESS, CITY, STATE AND ZIP CODE:** 710 S. Myrtle Ave #600 Monrovia
**DEFENDANT'S COMPLETE NAME (if other than depositor):** Duke Partners II LLC

### VIOLATION(S)

| COUNT 1 | COUNT 2 | COUNT 3 | COUNT 4 | COUNT 5 |
|---|---|---|---|---|
| | | | | |

☐ BAIL   ☐ FINE   ☐ FEE   ☐ TRUST DEPOSIT
☐ CASH   ☑ CHECK ☐ OTHER # 1584

| FUND | AMOUNT |
|---|---|
| UD Compl | $385.00 |
| | $ |
| Duke | $ |
| | $ |
| vs | $ |
| | $ |
| Melba J Spencer | $ |
| | $ |
| **TOTAL** | **$385.00** |

TOTAL AMOUNT RECEIVED (Spell out)                                                        DOLLARS

| DEFENDANT TO APPEAR: | DATE | TIME | ☐ A.M. ☐ P.M. | DIVISION |
|---|---|---|---|---|

### ANY ALTERATION OR ERASURE VOIDS THIS RECEIPT

*I agree that the bail deposited by me may be applied to the fine in this case, with the balance, if any, returned to me.*

| SIGNATURE | DATE |
|---|---|
| ▶ | |

DEPARTMENT: 70

EXECUTIVE OFFICER / CLERK SHERRI R. CARTER
BY _____, Deputy

AC-25 Revised 09-13          White-Payer; Canary-Accounting; Pink-Court Case File; Blue-Anchor