# EXHIBIT 8

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street Los Angeles, CA. 90012 | FILED<br>Superior Court of California<br>County of Los Angeles<br>12/11/2017<br>Sherri R. Carter, Executive Officer / Clerk<br>By: H. Kwon Balba Deputy |
| PLAINTIFF(S):<br>Duke Partners II, LLC | |
| DEFENDANT(S):<br>Melba J Spencer | |
| NOTICE OF ENTRY OF: ✓ JUDGMENT __ DISMISSAL<br>__ OTHER ORDER __ AMENDED | CASE NUMBER:<br>17U07959 |

TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD, you are hereby given notice of entry of:

✓ Judgment in the above-entitled matter, entered on 12/11/2017 _____.

__ Order of Dismissal in the above-entitled matter, filed on _____.

__ Order _____ filed on _____.


Sherri R. Carter, Executive Officer / Clerk

Dated: 12/26/2017                    By H. Kwon Balba
                                          Deputy Clerk


LACIV 123 (Rev 01/07)
LASC Approved 01-05

**NOTICE OF ENTRY OF JUDGMENT / DISMISSAL / ORDER**

Code Civ. Proc. § 664.5, 1013a
Cal. Rules of Court, rules 104 & 8.751

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street Los Angeles, CA. 90012 | FILED<br>Superior Court of California<br>County of Los Angeles<br>12/11/2017<br>Sherri R. Carter, Executive Officer / Clerk<br>By: _____ H. Kwon Balba _____ Deputy |
| PLAINTIFF(S):<br>Duke Partners II, LLC | |
| DEFENDANT(S):<br>Melba J Spencer | |
| JUDGMENT - UNLAWFUL DETAINER | CASE NUMBER:<br>17U07959 |

It is hereby ordered that judgment be entered as follows by:   [ X ] The court   [ ] The clerk

Date: 12/11/2017   [ ] By Default   [ ] By Stipulation   [ ] After Court Trial   [ ] After Jury Trial

Judgment is for : Duke Partners II, LLC
and against Melba J Spencer

[ ] Joint and several

| Past Due Rent | $0.00 | + Holdover Damages | $0.00 | = Principal | $0.00 |
|---|---|---|---|---|---|
| Attorney Fees : | $0.00 | Costs : | $0.00 | | |
| Recovery Costs: | $0.00 | Other : | $0.00 | | |
| Total Judgment amount | $0.00 | | | | |

[ X ] Restitution and possession of the premises located at    1827 Cochran Place
Los Angeles, CA 90019

[ X ] Judgment of possession applies to any and all unnamed occupants of the premises pursuant to C.C.P. 415.46
[ ] The lease or agreement under which the aforesaid property is held be, and the same is hereby declared, forfeited.
[ ] The rental agreement under which the aforesaid property is held be, and the same is hereby declared, cancelled.
[ ] Execution is stayed as follows:
    [ ] No lock out prior to

H. Kwon Balba

Deputy Clerk

JUDGMENT - UNLAWFUL DETAINER

LACIV [#] (Rev. [mm/yy])
LASC Approved [mm-yy]

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Stanley Mosk Courthouse<br>111 North Hill Street Los Angeles, CA. 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>12/11/2017<br>Sherri R. Carter, Executive Officer / Clerk<br>By: _____H. Kwon Balba_____ Deputy |
| PLAINTIFF/PETITIONER:<br>Duke Partners II, LLC | |
| DEFENDANT/RESPONDENT:<br>Melba J Spencer | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>17U07959 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Entry of Judgment / Dismissal / Other Order upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Melba J Spencer
1832 Cochran Place,
Los Angeles, CA 90019

Sam Chandra
Law Offices of Sam Chandra, APC
710 S Myrtle Ave # 600,
Monrovia, CA 91016

Sherri R. Carter, Executive Officer / Clerk

Dated: 12/27/2017

By: H. Kwon Balba
Deputy Clerk

CERTIFICATE OF MAILING