# EXHIBIT 9

| APPELLATE DIVISION OF THE SUPERIOR COURT STATE OF CALIFORNIA, COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS: Stanley Mosk Courthouse, 111 North Hill Street, Room 607, Los Angeles, CA 90012 | CONFORMED COPY ORIGINAL FILED Superior Court of California County of Los Angeles MAR 22 2018 Sherri R. Carter, Executive Officer/Clerk By: Isabel Arellanes, Deputy |
| PLAINTIFF AND APPELLANT: DUKE PARTNERS II LLC | |
| DEFENDANT AND RESPONDENT: MELBA SPENCER | TRIAL COURT CASE NO: 17U07959 |
| NOTICE RE: ABANDONMENT OF APPEAL FILED IN THE APPELLATE DIVISION | APPELLATE DIVISION CASE NO: BV032592 |

TO:  Central Civil    Trial Court

☐ Court Reporter Services

☐ Electronic Recording Department

On Mar. 21, 2018, the appellant filed an Abandonment of Appeal for the appeal filed on December 21, 2017 in the above-entitled ☒ Limited Civil ☐ Misdemeanor ☐ Infraction case.

Please be advised that:

☒ The record on appeal has not yet been filed in the Appellate Division. The abandonment effects a dismissal of the appeal, and jurisdiction is restored to the trial court pursuant to California Rules of Court, rules 8.825(b)(2), 8.855(b)(2), or 8.904(b)(2).

☐ The record on appeal has been filed in the Appellate Division.

### CERTIFICATE OF MAILING

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date, I served the **NOTICE RE: ABANDONMENT OF APPEAL FILED IN THE APPELLATE DIVISION** upon the trial court and each party or counsel named below and indicated above by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Sam Chandra ESQ.
710 S. Myrtle Ave.
# 600
Monrovia, CA 91016

Melba Spencer
P.O. Box 192007
Los Angeles, CA 90019

SHERRI R. CARTER, Executive Officer/Clerk

Dated: March 22, 2018    BY: ISABEL ARELLANES
I. ARELLANES, Deputy Clerk

LA APP ADM 103
LASC Revised 09/13
For Optional Use

NOTICE RE: ABANDONMENT OF APPEAL FILED IN THE APPELLATE DIVISION

Cal. Rules of Court, rules 8.825(b)(2), 8.855(b)(2), and 8.904(b)(2)

ISABEL ARELLANES