# EXHIBIT 10

**This page is part of your document - DO NOT DISCARD**

# 20180992775

**Pages: 0003**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County, California**

**09/28/18 AT 08:00AM**

| | |
|---|---|
| FEES: | 25.00 |
| TAXES: | 7,672.00 |
| OTHER: | 0.00 |
| PAID: | 7,697.00 |

LEADSHEET

201809280270009

**00015778526**

009369983

**SEQ: 01**

SECURE - 8:00AM

**THIS FORM IS NOT TO BE DUPLICATED**

E521952

E08_180927_6540779

USA National

RECORDING REQUESTED BY:
Greenhedge Escrow
MAIL TAX STATEMENTS TO
AND WHEN RECORDED MAIL TO:

Edwyn C Huang
7025 Yellowstone Blvd Apt 8w
Forest Hillls, NY 11375

Order No. 091800790-MS
Escrow No. 25962-DG
Parcel No. 5064-003-017

SPACE ABOVE THIS LINE FOR RECORDER'S USE

44

# GRANT DEED

THE UNDERSIGNED GRANTOR DECLARE THAT DOCUMENTARY TRANSFER TAX IS $1,507.00 and CITY $6,165.00
☒ computed on full value of property conveyed, or
☐ computed on full value less liens or encumbrances remaining at the time of sale.
☐ unincorporated area: ☒ **Los Angeles**, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
**Duke Partners II, LLC**

hereby GRANT to **Edwyn C Huang, a Single Man**

the following described real property in the County of **Los Angeles**, State of California:

**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF**

Date September 27, 2018
Duke Partners II, LLC a Delaware limited liability
company By: Wedgewood, LLC a Delaware limited
liability company Its: Manager

By: Wade P. Brandenberger, Vice President

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

STATE OF CALIFORNIA
COUNTY OF **LOS ANGELES** } S.S.

On September 27, 2018, before me, Brittany Woods, notary public, personally appeared **WADE P. BRANDENBERGER** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature _____ (Seal)

BRITTANY WOODS
Notary Public - California
Los Angeles County
Commission # 2167779
My Comm. Expires Oct 14, 2020

Mail Tax Statement to: SAME AS ABOVE or Address Noted Below

**EXHIBIT 'A'**

Lot 44 of Tract No. 11723, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 214 Pages 24 to 26 inclusive of Maps, in the office of the County Recorder of said County.

APN: 5064-003-017