UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV18-09439 JAK (ASx) | Date | January 18, 2019 |
| Title | Melba Jean Spencer v. Advance Mortgage Corporation, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR WANT OF PROSECUTION AND FAILURE TO COMPLY WITH STANDING ORDER 9.b AND LOCAL RULE 41-6

Plaintiff, who is self-represented, filed the complaint in this action on November 6, 2018. Dkt. 1. Different defendants filed motions to dismiss on December 5, 2018, and December 10, 2018. Dkts. 13, 16. Both motions are set to be heard on March 18, 2019. Dkts. 13, 20. Pursuant to Standing Order 9.b (Dkt. 8 at 9-10), because the motions are scheduled to be heard more than 70 days after they were filed, any oppositions were due no later than 21 days after the filing of the motions, *i.e.*, by December 31, 2018. No opposition briefs have been filed. Under Local Rule 7-12, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting" of a motion to dismiss.

Further, Local Rule 41-6 provides:

> A party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and e-mail address, if any. If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.

Several items that were mailed by the Clerk to Plaintiff's address of record have been returned as undelivered. *See* Dkts. 9, 10, 12, 21, 22. More than 15 days have passed since the service date of each of these documents. Therefore, under Local Rule 41-6, Plaintiff's failure to notify the Court and opposing parties of her current address presents a basis to dismiss this action for lack of prosecution.

In light of Plaintiff's failure to respond timely to the pending motions to dismiss and to provide the Court Clerk with her current address, on or before February 1, 2019, Plaintiff shall file: (i) a notification stating her current address to which mail can be sent; and (ii) any application to file an untimely opposition to the pending motions to dismiss, which shall include as an attachment the proposed opposition brief(s). If Plaintiff timely files an application to file an untimely opposition, Defendants shall file any reply briefs on or before February 15, 2019.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV18-09439 JAK (ASx) | Date | January 18, 2019 |
|---|---|---|---|
| Title | Melba Jean Spencer v. Advance Mortgage Corporation, et al. | | |

Because Plaintiff has failed to comply with several applicable rules, each of which presents an independent basis for dismissal of this action, failure to comply with this Order may result in dismissal of the action for want of prosecution and failure to comply with Court Orders and the Local Rules. Plaintiff is advised of the availability of the Pro Se Clinic, which assists self-represented parties in civil litigation and may be able to provide her assistance in compliance. The Clinic has offices in Los Angeles, Riverside and Santa Ana. More information about the Clinic is available on the Court's website at the following address: http://prose.cacd.uscourts.gov/.

**IT IS SO ORDERED.**

                                                                                    :

Initials of Preparer    ak