**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**



BC: 90230556111 DU2347N032125-00349
UNABLE TO FORWARD/FOR REVIEW
910 7E N C0002/01/19
***C034***

NIXIE 910 7E 1 7202/17/19

FEB 19 2019
RECEIVED CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

JAK

FILED
CLERK, U.S. DISTRICT COURT
FEB 20 2019
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY



Case: 2:18cv9439   Doc: 28

Melba Jean Spencer
11111 Jefferson Boulevard
Culver City, CA 90230

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<26915021@cacd.uscourts.gov>Subject:Activity in Case 2:18-cv-09439-JAK-AS Melba Jean Spencer v. Advance Mortgage Corporation, et al Deficiency in Electronically Filed Documents (G-112A) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 1/10/2019 at 9:47 AM PST and filed on 1/8/2019

| | |
|---|---|
| **Case Name:** | Melba Jean Spencer v. Advance Mortgage Corporation, et al |
| **Case Number:** | 2:18-cv-09439-JAK-AS |
| **Filer:** | |
| **Document Number:** | 28 |

**Docket Text:**
**NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Reply (Motion related)[23], Proof of Service (subsequent documents)[26], Proof of Service (subsequent documents)[24]. The following error(s) was/were found: Incorrect event selected. Correct event to be used is Motions & Related Filings: Applications/Ex Parte Applications/Motions/Petitions. Title page is missing documents 24 & 26.. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (bp)**

**2:18-cv-09439-JAK-AS Notice has been electronically mailed to:**
Julie Ann Choi     dmarcus@wedgewood-inc.com, jchoi@wedgewood-inc.com, aguisinger@wedgewood-inc.com
Elaine Yang     dmarcus@wedgewood-inc.com, eyang@wedgewood-inc.com
Jeremy Tsvi Katz     jtk@severson.com, ljt@severson.com, jmc@severson.com, spv@severson.com
Seth Philip Cox     dmarcus@wedgewood-inc.com, scox@wedgewood-inc.com
**2:18-cv-09439-JAK-AS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Melba Jean Spencer
11111 Jefferson Boulevard
Culver City CA 90230

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Melba Jean Spencer | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:18-cv-9439-JAK(ASx) |
| v. | |
| Advance Mortgage Corporation, et al | NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| January 3, 2019 | 23, 24, 26 | Notice of Motion to Dismiss Complaint /Proof of Service |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERRORS WITH DOCUMENT**

- ☐ A Certificate of Good Standing is not attached to the pro hac vice application
- ☐ Caption of document is incomplete/incorrect
- ☐ Case is closed
- ☐ Case number is incorrect or missing
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☐ Document submitted in the wrong case
- ☐ Hearing information is missing, incorrect, or not timely
- ☐ Incorrect document is attached to the docket entry
- ☑ Incorrect event selected.  Correct event to be used is Motions & Related Filings:  Applications/Ex Parte
- ☐ Leave of court required for filing                Document #23 -   Applications/Motions/Petitions
- ☐ Proposed document was not submitted as separate attachment
- ☑ Title page is missing   documents 24 & 26
- ☐ F.R.Civ.P 15 Amended pleading is untimely
- ☐ Local Rule 7.1-1 No Notice of Interested Parties and/or no copies
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 19-1 Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Other:

Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: January 8, 2019                By: Brent_Pacillas@cacd.uscourts.gov
                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.