FILED

1  Spencer Melba Jean (Full Name)
2  11111 Jefferson Boulevard (Address Line 1)
3  Culver City, Nation California (Address Line 2)
   Non-exempt without the U.S.
4  _____ (Phone Number)
5  _____ in Pro Per
   (indicate Plaintiff or Defendant)

2019 MAR 11 PM 1:04

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Spencer Melba Jean,

Plaintiff,

vs.

ADVANCE MORTGAGE CORPORATION
AMCO SERVICE CORPORATION
OCWEN LOAN SERVICING LLC
DUKE PARTNERS II LLC
SAM CHANDRA

LAW OFFICE OF SAM CHANDRA APC

Western Progressive, LLC

Olivia Reyes,
Does 1-10

Defendant(s).

Case No.: LACV 18 09439 JAK ASX

**APPLICATION FOR ENTRY OF DEFAULT AGAINST:**

ADVANCE MORTGAGE CORPORATION

AMCO SERVICE CORPORATION

Sam Chandra

Western Progressive, LLC

_____

_____

To the Clerk of the United States District Court for the Central District of California:

As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiff (*your name*) Spencer Melba Jean requests that the Clerk enter the default of the following Defendant(s) for failure to plead or otherwise defend against this action in a timely manner:

**Name of Defendant:** ADVANCE MORTGAGE CORPORATION

1) As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on or about 11/14/18.

2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on (date) 12/15/18.

**Name of Defendant:** AMCO Service Corporation

1) As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on or about 11/14/18

2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on (date) 12/15/18.

**Name of Defendant:** SAM CHANDRA

1) As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on or about 11/14/18

2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on (date) 12/15/18.

2
*Page Number*

Application for Entry of Default

**Name of Defendant:** Western Progressive LLC

1) As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on (date) 11/14/18.

2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on (date) 12/15/18.

**Name of Defendant:** _____

1) As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on (date) _____.

2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on (date) _____.

**Name of Defendant:** _____

1) As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on (date) _____.

2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on (date) _____.

1  The above-named Defendants have failed to plead or otherwise respond to
2  the complaint.
3  This request is based on the attached Declaration of Plaintiff.

5  DATED: __3/11/19__         Respectfully submitted,

   _Spencer, Melba Jean_
   (sign)

   _Spencer Melba Jean_
   (print name)

   Plaintiff in Pro Per

   A
   *Page Number*

   Application for Entry of Default

# DECLARATION OF PLAINTIFF

I, (name) __Spencer Melba Jean__, declare as follows:

1. I am the Plaintiff in this action. If called as a witness, I could and would competently testify thereto.

2. Defendant (name) __Advance Mortgage Corporation__ was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on __or about 11/14/18__, as evidenced by the proof of service on file with this Court.

3. Under Rule 12, Defendant (name) __Advance Mortgage Company__ was required to plead or otherwise respond to the complaint by __or about 12/15/18__. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

4. Defendant (name) __Advance Mortgage Company__ has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

5. Defendant (name) __Advance Mortgage Company__ is not a minor or an incompetent person.

6. Defendant (name) __Advance Mortgage Company__ is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

*(If you are trying to default multiple Defendants, you should make a copy of this page and fill it out for each Defendant.)*

¶# __7__. Defendant (*name*) __Amco Service Corporation__ was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on __or about 11/14/18__, as evidenced by the proof of service on file with this Court.

¶# __8__. Under Rule 12, Defendant (*name*) __Amco Service Corporation__ was required to plead or otherwise respond to the complaint by __or about 12/15/18__. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

¶# __9__. Defendant (*name*) __Amco Service Corporation__ has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

¶# __10__. Defendant (*name*) __Amco Service Corporation__ is not a minor or an incompetent person.

¶# __11__. Defendant (*name*) __Amco Service Corporation__ is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

//

//

//

//

2
Page Number

Declaration of Plaintiff

*(If you are trying to default multiple Defendants, you should make a copy of this page and fill it out for each Defendant.)*

¶# 12. Defendant (*name*) __Sam Chandra__ was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on __or about 11/14/18__, as evidenced by the proof of service on file with this Court.

¶# 13. Under Rule 12, Defendant (*name*) __Sam Chandra__ was required to plead or otherwise respond to the complaint by __or about 2/15/19__. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

¶# 14. Defendant (*name*) __Sam Chandra__ has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

¶# 15. Defendant (*name*) __Sam Chandra__ is not a minor or an incompetent person.

¶# 16. Defendant (*name*) __Sam Chandra__ is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

//

//

//

//

__3__
*Page Number*

Declaration of Plaintiff

*(If you are trying to default multiple Defendants, you should make a copy of this page and fill it out for each Defendant.)*

¶#__17__. Defendant (*name*) __Western Progressive LLC__ was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on __or about 11/14/18__, as evidenced by the proof of service on file with this Court.

¶#__18__. Under Rule 12, Defendant (*name*) __Western Progressive LLC__ was required to plead or otherwise respond to the complaint by __or about 12/15/18__. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

¶#__19__. Defendant (*name*) __Western Progressive LLC__ has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

¶#__20__ Defendant (*name*) __Western Progressive LLC__ is not a minor or an incompetent person.

¶#__21__. Defendant (*name*) __Western Progressive LLC__ is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

//

//

//

//

__4__
*Page Number*

Declaration of Plaintiff

¶#__22__  I have attached to this declaration a true and correct copy of the **proofs of service** on file with this Court for the above-named Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3/11/19__, in __Los Angeles, California__.
(date of signing) (city, state of signing)

_____
(sign)

Spencer Melba Jean
(print name)

Plaintiff in Pro Per

Spencer, Melba Jean, civilian
Heir to MELBA JEAN WHITE, E-state
11111 Jefferson Boulevard
Culver City. Nation California exempt
Non-Domestic without the u.s.
All correspondence required by mail

FILED
2018 NOV 26 PM 2:13

CAUSE NO. LACV18 09439 L3 JAK-ASx

## UNITED FEDERAL COURT LOS ANGELES COUNTY

| | |
|---|---|
| Spencer, Melba Jean, a civilian invoking due process | C.R.I.S. # _____ <br> Parcel # 5064003017 |
| **Petitioner** | |
| v. | |
| ADVANCE MORTGAGE CORPORATION <br> AMCO SERVICE CORPORATION <br> OCWEN LOAN SERVICING LLC <br> DUKE PARTNERS II, LLC <br> SAM CHANDRA <br> LAW OFFICE OF SAM CHANDRA, APC <br> WESTERN PROGRESSIVE, LLC <br> Olivia Reyes <br> Does 1 through 10 | **Special Cause** <br><br> **Civilian Right INVOKE EQUITY** <br> **CONFIDENTIAL – SPECIAL CAUSE** <br> Trial by Jury Demanded; <br> Oral Hearing Demanded <br> *All due process of Rights to Amend* |
| **Respondents** | |

## AFFIDVAIT OF SERVICE

ABOVE STYLED RESPONDENTS AND ALL OTHERS WHOM IT MAY CONCERN:

YOU ARE HEREBY NOTIFIED of the institution of this Action by Petitioner against you seeking to take Petitioners Land Patent Title on the following property in Los Angeles County:

- ➢ "PETITION"
- ➢ LIS PENDENS
- ➢ PROOF OF SERVICE

Affidavit of Certificate of Service

C.R.I.S # 101-18-00-000 11395910

This is to certify that a copy of the foregoing "PETITION;" Lis Pendant; proof of service served on:

**COUNTY OF LOS ANGELES**
County of Administration Center
500 West Temple Street, Room 358
Los Angeles, California [90012]
https://countyofLosAngeles.us/

**ADVANCE MORTGAGE CORPORATION (FTB SUSPENDED)**
10330 Pioneer Boulevard Suite 250
Santa Fe Springs California 90670

7017 1000 0001 1139 5886  CM #

**AMCO SERVICE CORPORATION (FTB SUSPENDED)**
ATTN: Amy C
5452 Oceanus Drive
Huntington Beach California 92649

7017 1000 0001 1150 0507  CM #

**OCWEN LOAN SERVICING LLC**
c/o CSC-LAWYERS INCOPORATING SERVICE
251 LITTLE FALLS DRIVE
WILMINGTON DELAWARE 19808    7017 1000 0001 1139 5909  CM #

**DUKE PARTNERS II, LLC**
c/o COGENCY GLOBAL INC.
10 EAST 40TH ST 10TH FLOOR
NEW YORK, NEW YORK 10016   7017 1000 0001 1139 5916  CM #

**LAW OFFICE OF SAM CHANDRA, APC**
**SAM CHANDRA**
710 South Myrtle Avenue #600
Monrovia, California 91016    7017 1000 0001 1139 5862  CM #

**WESTERN PROGRESSIVE, LLC**
Attention: Olivia Reyes
c/o CSC-LAWYERS INCOPORATING SERVICE
251 LITTLE FALLS DRIVE
WILMINGTON DELAWARE 19808   7017 1000 0001 1139 5879  CM #

Olivia Reyes
18377 Beach Boulevard Suite 210
Huntington Beach California 92648    7017 1000 0001 1150 0440  CM #

At Los Angeles, Los Angeles County California on 11/14/18 2018, in a postage pre-paid Certified Mail Return Receipt Priority Mail USPS envelope.

Third Party neutral party for service and process only of pleading

By Spencer, Marquetta



7017 1000 0001 1139 5879

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

HUNTINGTON BEACH, CA 92648

OFFICIAL USE

Certified Mail Fee $ $3.45

0019
07

$2.75

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here

NOV 14 2018

Postage $ $2.47

11/14/2018

Total Postage and Fees $ $8.67

*Sent To* Western Progressive, LLC

*Street and Apt. No., or PO Box No.* 18377 Beach Boulevard Suite 216

*City, State, ZIP+4®* Huntington Beach, California 92648

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 1000 0001 1150 0501

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

HUNTINGTON BEACH, CA 92649

OFFICIAL USE

Certified Mail Fee $ $3.45

0019
07

$2.75

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here

NOV 14 2018

Postage $ $2.26

11/14/2018

Total Postage and Fees $ $8.46

*Sent To* AmeriService Corporation: Attn Any Officer

*Street and Apt. No., or PO Box No.* 5452 Oceanus Drive

*City, State, ZIP+4®* Huntington Beach, California 92649

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 1000 0001 1139 5862

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MONROVIA, CA 91016

OFFICIAL USE

Certified Mail Fee $ $3.45

0019
07

$2.75

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

NOV 14 2018

Postmark Here

Postage $ $2.47

11/14/2018

Total Postage and Fees $ $8.67

*Sent To* Law Office of Sam Chandra APC, Sam Chandra

*Street and Apt. No., or PO Box No.* 710 S Myrtle Ave #600

*City, State, ZIP+4®* Monrovia, California 91016

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 1000 0001 1139 5886

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

SANTA FE SPRINGS, CA 90670

OFFICIAL USE

Certified Mail Fee $ $3.45

0019
07

$2.75

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here

NOV 14 2018

Postage $ $2.26

11/14/2018

Total Postage and Fees $ $8.46

*Sent To* Advance Mortgage Corporation

*Street and Apt. No., or PO Box No.* 10230 Pioneer Boulevard Suite 256

*City, State, ZIP+4®* Santa Fe Springs, California 90670

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**Certified Mail service provides the following benefits:**
- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*
- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for International mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3300**, April 2015 *(Reverse)* PSN 7530-02-000-9047

**Certified Mail service provides the following benefits:**
- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*
- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for International mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

**Certified Mail service provides the following benefits:**
- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*
- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for International mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

# PROOF OF SERVICE BY MAIL

On __3/11/19__, I served the documents described as:
(date of mailing)

1. Application for Entry of Default

2. Declaration of Plaintiff

_____
(list the names of any other documents you are mailing)

_____

_____

_____

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in __Los Angeles, California__,
(city and state of mailing)

addressed to:

__ADVANCE MORTGAGE CORPORATION__ (name)
__10330 PIONEER Boulevard #250__
__SANTA FE SPRINGS, California__ (address)
__90670__

__AMCO Service Corporation__
__5452 Oceanus Dr.__
__Huntington Beach California__ (address)
__92649__

__SAM CHANDRA__ (name)
__710 S. Myrtle Ave #600__
__Monrovia, California 91016__ (address)

__Western Progressive LLC__
__18377 Beach Blvd. Suite 210__
__Huntington Beach, California__ (address)
__92648__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3/11/19__ at __Los Angeles, California__.
(date)                           (city and state of signing)

By: __Spencer Marquette__
(sign)

__Spencer Marquette__
(print name)

Page Number