WEDGEWOOD
Office of the General Counsel
ALAN M. DETTELBACH (SBN 137540)
adettelbach@wedgewood-inc.com
SETH P. COX (SBN 277239)
scox@wedgewood-inc.com
JULIE A. CHOI (SBN 281100)
jchoi@wedgewood-inc.com
ELAINE YANG (SBN 285318)
eyang@wedgewood-inc.com
2015 Manhattan Beach Blvd., Suite 100
Redondo Beach, CA 90278
Telephone:     (310) 640-3070
Facsimile:     (310) 640-3090

*Attorneys for Defendants,*
*Duke Partners II, LLC; Olivia Reyes; Sam*
*Chandra dba Law Office of Sam Chandra,*
*APC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELBA JEAN SPENCER,<br><br>                                Plaintiff,<br><br>vs.<br><br>ADVANCE MORTGAGE CORPORATION; AMCO SERVICE CORPORATION; OCWEN LOAN SERVICING LLC; DUKE PARTNERS II, LLC; SAM CHANDRA DBA LAW OFFICE OF SAM CHANDRA, APC; WESTERN PROGRESSIVE, LLC; OLIVIA REYES, DOES 1 THROUGH 10<br><br>                                Defendants | **Case No.: 2:18-CV-09439-JAK-AS**<br><br>**PROOF OF SERVICE ORDER RE MARCH 14, 2019 ORDER**<br><br>Action filed:   November 6, 2018<br>Trial Date:     None set |

1

PROOF OF SERVICE ORDER RE MARCH 14, 2019 ORDER

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On March 14, 2019, the Court issued an Order re: Hearing on Motions to Dismiss, and Request to File Untimely Opposition (the "Order"). Dkt. 69.  The Order required Defendants to "promptly provide telephonic and email notice to Plaintiff of the information in this Order." A copy of this Order is attached hereto as Exhibit A.

On March 14, 2019, at approximately 4:12 p.m. counsel for Defendants Olivia Reyes; Sam Chandra dba Law Office of Sam Chandra; and Duke Partners II, LLC (collectively, "Defendants") called the telephone number that Plaintiff disclosed in Dkt. No. 32 and left a voicemail giving notice of the Court's Order. On March 14, 2019, at approximately 4:23 p.m., counsel for Defendants sent an email to the email address that Plaintiff disclosed in Dkt. 32 attaching a copy of the March 14, 2019 Order.

Accordingly, Defendants have complied with the Court's March 14, 2019 Order.

Dated: March 14, 2019

WEDGEWOOD
OFFICE OF THE GENERAL COUNSEL

 /s/ Elaine Yang
Elaine Yang
*Attorneys for Defendants*
*Duke Partners II, LLC; Olivia Reyes; Sam Chandra dba Law Office of Sam Chandra, APC*

**EXHIBIT A**

|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |
| 3  |    |    |
| 4  |    |    |
| 5  |    |    |
| 6  |    |    |
| 7  |    |    |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

| | |
|---|---|
| SPENCER, MELBA JEAN, a civilian invoking due process,<br><br>Petitioner,<br><br>vs.<br><br>ADVANCE MORTGAGE CORPORATION<br>AMCO SERVICE CORPORATION<br>OCWEN LOAN SERVICING LLC<br>DUKE PARTNERS II, LLC<br>SAM CHANDRA<br>LAW OFFICE OF SAM CHANDRA, APC<br>WESTERN PROGRESSIVE, LLC<br>OLIVIA REYES<br>DOES 1 through 10,<br><br>Respondents. | Case No. 2:18-cv-09439 JAK (ASx)<br><br>**ORDER RE HEARING ON MOTIONS TO DISMISS (DKTS. 13, 16, 19) AND REQUEST TO FILE UNTIMELY OPPOSITION (DKT. 52);**<br><br>**REQUEST TO CONTINUE RULE 16(B)/26(F) SCHEDULING CONFERENCE (DKT. 59)** |

| | |
|---|---|
| 1 | The Court has considered the matters raised with respect to the Motions to |
| 2 | Dismiss (Dkts. 13, 16, 19) and the Request to File an Untimely Opposition (Dkt. 52) |
| 3 | and has concluded that pursuant to Local Rule 7-15, the matter can be decided |
| 4 | without oral argument. The Court advises the parties that the Motions, noticed for |
| 5 | hearing on March 18, 2019, have been taken UNDER SUBMISSION and off its |
| 6 | motion calendar. No appearance is necessary on March 18, 2019. |
| 7 | Defendants' joint request (Dkt. 59) to continue the Rule 16(b)/26(f) |
| 8 | Scheduling Conference that is set for March 18, 2019 is **GRANTED IN PART.** |
| 9 | The Scheduling Conference is taken OFF CALENDAR. A revised deadline for the |
| 10 | submission of a Joint Rule 16(B)/Rule 26(f) Report will be set in the order ruling on |
| 11 | the Motions. |
| 12 | Defendants shall promptly provide telephonic and email notice to Plaintiff of |
| 13 | the information in this Order, and file a corresponding proof of service on or before |
| 14 | March 15, 2019, at 2:00 p.m. |
| 15 | IT IS SO ORDERED. |
| 17 | Dated: March 14, 2019 |
| 18 | JOHN A. KRONSTADT |
| | UNITED STATES DISTRICT JUDGE |

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2015 Manhattan Beach Blvd., Suite 100, Redondo Beach, California 90278.

On March 14, 2019, I serve the following document(s) described as: **PROOF OF SERVICE RE MARCH 14, 2019 ORDER**

on the parties listed on the Court's ECF docket via electronic service, and by email and telephone to:

Melbaspencer356@gmail.com

323-272-5004

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 14, 2019, at Redondo Beach, California

/s/ Elaine Yang
Elaine Yang

1
PROOF OF SERVICE