| | |
|---|---|
| 1 | JARLATH M. CURRAN, II (State Bar No. 239352) |
|   | jmc@severson.com |
| 2 | JEREMY T. KATZ (State Bar No. 267361) |
|   | jtk@severson.com |
| 3 | SEVERSON & WERSON |
|   | A Professional Corporation |
| 4 | The Atrium |
|   | 19100 Von Karman Avenue, Suite 700 |
| 5 | Irvine, California 92612 |
|   | Telephone: (949) 442-7110 |
| 6 | Facsimile: (949) 442-7118 |

MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Respondent
OCWEN LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

SPENCER, MELBA JEAN, a civilian invoking due process,

   Petitioner,

vs.

ADVANCE MORTGAGE CORPORATION
AMCO SERVICE CORPORATION
OCWEN LOAN SERVICING LLC
DUKE PARTNERS II, LLC
SAM CHANDRA
LAW OFFICE OF SAM CHANDRA, APC
WESTERN PROGRESSIVE, LLC
OLIVIA REYES
DOES 1 through 10,

   Respondents.

Case No. 2:18-cv-09439 JAK (ASx)
Hon. John A. Kronstadt
Ctrm. 10B – First Street

**PROOF OF SERVICE OF COURT'S ORDER DATED MARCH 14, 2019 [DKT 69]**

Action Filed: November 6, 2018
Trial Date:   None Set

55000.2179/14788676.1

1

PROOF OF SERVICE OF COURT'S ORDER DATED MARCH 14, 2019 [DKT 69]

On March 14, 2019, the Court issued an Order (Dkt. 69) taking under submission the pending motions to dismiss, taking OFF CALENDAR the hearing on those motions to dismiss, granting in part Defendants' joint request to continue the Scheduling Conference, taking OFF CALENDAR the Scheduling Conference previously set for March 18, 2019, and requiring Defendants' counsel to give telephonic and email notice of that Order.

On March 14, 2019, at 4:17 p.m., Defendant Ocwen's counsel called the telephone number that Plaintiff had identified in Dkt. 32 and left a voicemail giving notice of the March 14, 2019 Order (Dkt. 69) and its contents.   Later on March 14, 2019, at 4:26 p.m., Ocwen's counsel sent an email to the email address that that Plaintiff disclosed in Dkt. 32 attaching a copy of the Court's Order dated March 14, 2019 (Dkt. 69).   A copy of that email is attached hereto as **Exhibit A**.

Accordingly, Defendant Ocwen and its counsel have has complied with the Court's March 14, 2019 Order and provided notice to Plaintiff, as ordered. Dkt. 69.

DATED:  March 14, 2019

SEVERSON & WERSON
A Professional Corporation

By:   */s/ Jeremy T. Katz*
         Jeremy T. Katz

Attorneys for Respondent OCWEN LOAN SERVICING, LLC

# EXHIBIT A

## Jeremy T. Katz

| | |
|---|---|
| **From:** | Jeremy T. Katz |
| **Sent:** | Thursday, March 14, 2019 4:26 PM |
| **To:** | 'melbaspencer356@gmail.com' |
| **Cc:** | 'Elaine Yang'; Susan P. Vanderburgh |
| **Subject:** | Spencer, Melba Jean v. Advance Mortgage Corp. et al.  - Email Notice re: Court's 3/14/19 Order (Dkt. 69) |
| **Attachments:** | Spencer 0069 - order taking MTD under submission and vacating Scheduling Conference.pdf |

Dear Spencer, Melba Jean,

Further to my voicemail at 4:17 p.m. today, **attached please find a copy of Dkt. No. 69—the Court's 3/14/19 ORDER RE HEARING ON MOTIONS TO DISMISS (DKTS. 13, 16, 19) AND REQUEST TO FILE UNTIMELY OPPOSITION (DKT. 52); REQUEST TO CONTINUE RULE 16(B)/26(F) SCHEDULING CONFERENCE (DKT. 59),** which in pertinent part provides that the Court:
- took the pending motions to dismiss (Dkts. 13, 16, 19) and related briefing in the above-entitled action under submission;
- vacated the March 18, 2019 hearing on the motions to dismiss and clarified that "no appearance is necessary on March 18, 2019";
- granted in part Defendants' joint request (Dkt. 59) to continue the Rule 16(b)/26(f) Schedule Conference;
- took the Scheduling Conference "OFF CALENDAR" and clarified that "a revised deadline for the submission of a Joint Rule 16(B)/Rule 26(f) Report will be set in the order ruling on the Motions"; and
- required Defendants' counsel to promptly provide telephonic and email notice to Plaintiff of the information in the Order.

A copy of the Court's March 14, 2019 Order (Dkt. 69) is attached to this email.

**NOTICE IS HEREBY GIVEN.**



| | |
|---|---|
| | **Jeremy T. Katz** |
| | Associate |
| | The Atrium, 19100 Von Karman Ave. |
| | Suite 700 Irvine, CA 92612 |
| | Main: (949) 442-7110   Direct: (949) 225-7942 |
| | Email: jtk@severson.com   www.severson.com |

1

# CERTIFICATE OF SERVICE
### *Spencer v. Advance Mortgage Corporation, et al.*
### United States District Court, Central District of California - Western Division
### Case No. 2:18-cv-09439 JAK(ASx)

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On March 14, 2019, I served true copies of the following document:

**PROOF OF SERVICE OF COURT'S ORDER DATED MARCH 14, 2019 [DKT 69]**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Severson & Werson's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 14, 2019, at Irvine, California.

*/s/ Susan P. Vanderburgh*
Susan P. Vanderburgh

55000.2179/14788676.1

CERTIFICATE OF SERVICE

# SERVICE LIST

*Spencer v. Advance Mortgage Corporation, et al.*
United States District Court, Central District of California - Western Division
Case No. 2:18-cv-09439 JAK(ASx)

| | |
|---|---|
| **VIA MAIL** | Petitioner, In Pro Se |
| Melba Jean Spencer (Address on complaint) | |
| 11111 Jefferson Blvd. | |
| Culver City, CA 90230 | |
| | |
| **VIA CM/ECF NOTICE OF ELECTRONIC FILING** | Attorneys for Defendants Duke Partners II, LLC; Olivia Reyes; Sam Chandra dba Law Office of Sam Chandra, APC |
| Seth P. Cox, Esq. | |
| Julie A. Choi, Esq. | |
| Elaine Yang, Esq. | |
| WEDGEWOOD | scox@wedgewood-inc.com; |
| Office of the General Counsel | jchoi@wedgewood-inc.com; |
| 2015 Manhattan Beach Blvd., Suite 100 | aguisinger@wedgewood-inc.com; |
| Redondo Beach, CA 90278 | eyang@wedgewood-inc.com; |
| | dmarcus@wedgewood-inc.com |

55000.2179/14788676.1

CERTIFICATE OF SERVICE