UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

CV18-9439 JAK
Dkt 64

JAK

RECEIVED
CLERK, U.S. DISTRICT COURT
APR - 1 2019
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY
FILED
CLERK, U.S. DISTRICT COURT
APR - 3 2019
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Case: 2:18cv9439  Doc: 64

Melba Jean Spencer
11111 Jefferson Boulevard
Culver City, CA 90230

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<27273387@cacd.uscourts.gov>Subject:Activity in Case 2:18-cv-09439-JAK-AS Melba Jean Spencer v. Advance Mortgage Corporation, et al Motion for Entry of Default Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**
The following transaction was entered on 3/13/2019 at 9:25 AM PDT and filed on 3/11/2019

| | |
|---|---|
| **Case Name:** | Melba Jean Spencer v. Advance Mortgage Corporation, et al |
| **Case Number:** | 2:18-cv-09439-JAK-AS |
| **Filer:** | Melba Jean Spencer |
| **Document Number:** | 64 |

**Docket Text:**
**REQUEST for Entry of Default against Defendants AMCO Service Corporation, Advance Mortgage Corporation, Sam Chandra, and Western Progressive, LLC filed by Plaintiff Melba Jean Spencer. (yl)**

**2:18-cv-09439-JAK-AS Notice has been electronically mailed to:**
Elaine Yang eyang@wedgewood-inc.com, dmarcus@wedgewood-inc.com
Jeremy Tsvi Katz jtk@severson.com, jmc@severson.com, ljt@severson.com, spv@severson.com
Julie Ann Choi jchoi@wedgewood-inc.com, aguisinger@wedgewood-inc.com, dmarcus@wedgewood-inc.com
Seth Philip Cox scox@wedgewood-inc.com, dmarcus@wedgewood-inc.com
**2:18-cv-09439-JAK-AS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Melba Jean Spencer
11111 Jefferson Boulevard
Culver City, CA 90230

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\LA18CV09439JAK-APP.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/13/2019] [FileNumber=27273385-0
] [380abce95287900b901c62e1b9e2a8e5375e974fc20125482089c0fd1112e899119
4666b90844e084f34d556b3bf9e2a2c0f3517d774cd1f9dbb102000c32ee1]]

FILED

2019 MAR 11 PM 1:04

Spencer Melba Jean (Full Name)
11111 Jefferson Boulevard (Address Line 1)
Culver City Nation California (Address Line 2)
NON-exempt without the U.S.
(Phone Number)
in Pro Per
(indicate Plaintiff or Defendant)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Spencer Melba Jean, Plaintiff, vs. ADVANCE MORTGAGE CORPORATION, AMCO SERVICE CORPORATION, OCWEN LOAN SERVICING LLC, DUKE PARTNERS II LLC, SAM CHANDRA, LAW OFFICE OF SAM CHANDRA APC, Western Progressive, LLC, Olivia Reyes, DOES 1-10, Defendant(s). | Case No.: LACV 18 09439 JAK ASx<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST:**<br>ADVANCE MORTGAGE CORPORATION<br>AMCO SERVICE CORPORATION<br>Sam Chandra<br>Western Progressive, LLC |

To the Clerk of the United States District Court for the Central District of California:

As provided by Rule 55 of the Federal Rules of Civil Procedure, Plaintiff (*your name*) Spencer Melba Jean requests that the Clerk enter the default of the following Defendant(s) for failure to plead or otherwise defend against this action in a timely manner:

**Name of Defendant:** ADVANCE MORTGAGE CORPORATION

1) As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on or about 11|14|18.

2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on (*date*) 12\15\18.

**Name of Defendant:** AMCO Service Corporation

1) As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on or about 11|14|18

2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on (*date*) 12\15\18.

**Name of Defendant:** SAM Chandra

1) As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on or about 11|14|18

2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on (*date*) 12\15\18.

**Name of Defendant:** Western Progressive LLC

1) As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on (*date*) 11|14|18.

2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on (*date*) 12|15|18.

**Name of Defendant:** ________________

1) As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on (*date*) __________.

2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on (*date*)__________.

**Name of Defendant:** ________________

1) As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on (*date*) __________.

2) The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on (*date*)__________.

The above-named Defendants have failed to plead or otherwise respond to the complaint.

This request is based on the attached Declaration of Plaintiff.

DATED: 3/11/19

Respectfully submitted,

Spencer, Melba Jean
(sign)

Spencer Melba Jean
(print name)

Plaintiff in Pro Per

## DECLARATION OF PLAINTIFF

I, (*name*) Sponcer Melba Jean, declare as follows:

1. I am the Plaintiff in this action. If called as a witness, I could and would competently testify thereto.

2. Defendant (*name*) Advance Mortgage Corporation was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on or about 11/14/18, as evidenced by the proof of service on file with this Court.

3. Under Rule 12, Defendant (*name*) Advance Mortgage Company was required to plead or otherwise respond to the complaint by or about 12/15/18. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

4. Defendant (*name*) Advance Mortgage Company has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

5. Defendant (*name*) Advance Mortgage Company is not a minor or an incompetent person.

6. Defendant (*name*) Advance Mortgage Company is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

*(If you are trying to default multiple Defendants, you should make a copy of this page and fill it out for each Defendant.)*

¶#7. Defendant (*name*) AMCO Service corporation was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on or about 11/14/18, as evidenced by the proof of service on file with this Court.

¶#8. Under Rule 12, Defendant (*name*) AMCO Service Corporation was required to plead or otherwise respond to the complaint by or about 12/15/18. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

¶#9. Defendant (*name*) AMCO Service Corporation has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

¶#10. Defendant (*name*) AMCO Service Corporation is not a minor or an incompetent person.

¶#11. Defendant (*name*) AMCO Service Corporation is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

//

//

//

//

*(If you are trying to default multiple Defendants, you should make a copy of this page and fill it out for each Defendant.)*

¶#12. Defendant (*name*) Sam Chandra was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on or about 11\14\18, as evidenced by the proof of service on file with this Court.

¶#13. Under Rule 12, Defendant (*name*) Sam Chandra was required to plead or otherwise respond to the complaint by or about 2\15\19. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

¶#14 Defendant (*name*) Sam Chandra has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

¶#15. Defendant (*name*) Sam Chandra is not a minor or an incompetent person.

¶#16. Defendant (*name*) Sam Chandra is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

//

//

//

//

*(If you are trying to default multiple Defendants, you should make a copy of this page and fill it out for each Defendant.)*

¶#17. Defendant (*name*) Western Progressive LLC was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on or about 11|14|18, as evidenced by the proof of service on file with this Court.

¶#18. Under Rule 12, Defendant (*name*) Western Progressive LLC was required to plead or otherwise respond to the complaint by or about 12|15|18. The time to plead or otherwise respond to the complaint has not been extended by any agreement of the parties or any order of the Court.

¶#19. Defendant (*name*) Western Progressive LLC has failed to serve or file a pleading or otherwise respond to the complaint. The applicable time limit for responding to the complaint has expired.

¶#20 Defendant (*name*) Western Progressive LLC is not a minor or an incompetent person.

¶#21. Defendant (*name*) Western Progressive LLC is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

//

//

//

//

¶#22. I have attached to this declaration a true and correct copy of the **proofs of service** on file with this Court for the above-named Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/11/19 (date of signing), in Los Angeles, California (city, state of signing).

(sign)

Spencer Melba Jean
(print name)

Plaintiff in Pro Per

Spencer, Melba Jean, civilian
Heir to MELBA JEAN WHITE, E-state
11111 Jefferson Boulevard
Culver City. Nation California exempt
Non-Domestic without the u.s.
All correspondence required by mail

FILED

2018 NOV 26 PM 2:13

CAUSE NO. LACV18 09439 JAK-ASx

# UNITED FEDERAL COURT LOS ANGELES COUNTY

Spencer, Melba Jean, a civilian invoking due process

**Petitioner**

v.

ADVANCE MORTGAGE CORPORATION
AMCO SERVICE CORPORATION
OCWEN LOAN SERVICING LLC
DUKE PARTNERS II, LLC
SAM CHANDRA
LAW OFFICE OF SAM CHANDRA, APC
WESTERN PROGRESSIVE, LLC
Olivia Reyes
Does 1 through 10

**Respondents**

C.R.I.S. # ____________
Parcel # 5064003017

**Special Cause**

**Civilian Right INVOKE EQUITY**
**CONFIDENTIAL – SPECIAL CAUSE**
Trial by Jury Demanded;
Oral Hearing Demanded
*All due process of Rights to Amend*

# AFFIDVAIT OF SERVICE

ABOVE STYLED RESPONDENTS AND ALL OTHERS WHOM IT MAY CONCERN:

YOU ARE HEREBY NOTIFIED of the institution of this Action by Petitioner against you seeking to take Petitioners Land Patent Title on the following property in Los Angeles County:

- "PETITION"
- LIS PENDENS
- PROOF OF SERVICE

**Affidavit of Certificate of Service**

**C.R.I.S #** ~~7017 18 00 000 1139 591~~

This is to certify that a copy of the foregoing "PETITION;" Lis Pendant; proof of service served on:

**COUNTY OF LOS ANGELES**
County of Administration Center
500 West Temple Street, Room 358
Los Angeles, California [90012]
https://countyofLos Angeles.us/

**ADVANCE MORTGAGE CORPORATION (FTB SUSPENDED)**
10330 Pioneer Boulevard Suite 250
Santa Fe Springs California 90670
7017 1000 0001 1139 5886 CM #

**AMCO SERVICE CORPORATION (FTB SUSPENDED)**
ATTN: Amy C
5452 Oceanus Drive
Huntington Beach California 92649
7017 1000 0001 1150 0501 CM #

**OCWEN LOAN SERVICING LLC**
c/o CSC-LAWYERS INCOPORATING SERVICE
251 LITTLE FALLS DRIVE
WILMINGTON DELAWARE 19808 7017 1000 0001 1139 5909 CM #

**DUKE PARTNERS II, LLC**
c/o COGENCY GLOBAL INC.
10 EAST 40TH ST 10TH FLOOR
NEW YORK, NEW YORK 10016 7017 1000 0001 1139 5916 CM #

**LAW OFFICE OF SAM CHANDRA, APC**
**SAM CHANDRA**
710 South Myrtle Avenue #600
Monrovia, California 91016 7017 1000 0001 1139 5862 CM #

**WESTERN PROGRESSIVE, LLC**
**Attention:** Olivia Reyes
c/o CSC-LAWYERS INCOPORATING SERVICE
251 LITTLE FALLS DRIVE
WILMINGTON DELAWARE 19808 7017 1000 0001 1139 5879 CM #

Olivia Reyes
18377 Beach Boulevard Suite 210
Hunting Beach California 92648 7017 1000 0001 1150 0440 CM #

At Los Angeles, Los Angeles County California on 11/14/18 2018, in a postage pre-paid Certified Mail Return Receipt Priority Mail USPS envelope.

Third Party neutral party for service and process only of pleading

By Spencer Marquetta

7017 1000 0001 1139 5879

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

HUNTINGTON BEACH, CA 92648
OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $ $3.45 | 0019 |
| | | 07 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | NOV 14 2018 |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ $2.47 | 11/14/2018 |
| Total Postage and Fees | $ $8.67 | |

Sent To: Western Progressive, LLC
Street and Apt. No., or PO Box No.: 18577 Beach Boulevard Suite 216
City, State, ZIP+4®: Huntington Beach, California [92648]

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 1000 0001 1150 0501

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

HUNTINGTON BEACH, CA 92649
OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $ $3.45 | 0019 |
| | | 07 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $ $0.00 | NOV 14 2018 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ $2.26 | 11/14/2018 |
| Total Postage and Fees | $ $8.46 | |

Sent To: AMeri Service Corporation: Attn Amy Cyprus
Street and Apt. No., or PO Box No.: 5452 Oceanus Drive
City, State, ZIP+4®: Huntington Beach, California [92649

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 1000 0001 1139 5862

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

MONROVIA, CA 91016
OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $ $3.45 | 0019 |
| | | 07 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | NOV 14 2018 Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ $2.47 | 11/14/2018 |
| Total Postage and Fees | $ $8.67 | |

Sent To: Law Office of Sam Chandra APC, Sam Chandra
Street and Apt. No., or PO Box No.: 710 S. Myrtle Ave #606
City, State, ZIP+4®: Monrovia, California 91016

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 1000 0001 1139 5886

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

SANTA FE SPRINGS, CA 90670
OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $ $3.45 | 0019 |
| | | 07 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | NOV 14 2018 |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $ $2.26 | 11/14/2018 |
| Total Postage and Fees | $ $8.46 | |

Sent To: Advance Mortgage Corporation
Street and Apt. No., or PO Box No.: 10230 Pioneer Boulevard Suite 256
City, State, ZIP+4®: Santa Fe Springs, California [90670

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for International mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for International mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicat return receipt for no additional fee, present thi USPS®-postmarked Certified Mail receipt to t retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, o to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, whic requires the signee to be at least 21 years of a and provides delivery to the addressee specifie by name, or to the addressee's authorized ager (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

S Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for International mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to th retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, whic requires the signee to be at least 21 years of a and provides delivery to the addressee specifie by name, or to the addressee's authorized ager (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portio of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for International mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to th retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, whic requires the signee to be at least 21 years of a and provides delivery to the addressee specifie by name, or to the addressee's authorized agen (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portior of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

# PROOF OF SERVICE BY MAIL

On 3/11/19 (date of mailing), I served the documents described as:

1. Application for Entry of Default

2. Declaration of Plaintiff

(list the names of any other documents you are mailing)

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in Los Angeles California (city and state of mailing), addressed to:

ADVANCE MORTGAGE CORPORATION (name)
10330 PIONEER Boulevard #250
SANTA FE SPRINGS, California 90670 (address)

AMCO Service CorporATION
5452 Oceanus Dr.
Huntington Beach California 92649 (address)

SAM CHANDRA (name)
710 S. Myrtle Ave #600
Monrovia, California 91016 (address)

Western Progressive LLC
18377 Beach Blvd. Suite 210
Huntington Beach, California 92648 (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/11/19 (date) at Los Angeles California (city and state of signing).

By: Spencer Marquette (sign)

Spencer Marquette (print name)