UITED STATES DISTRICT COURT
ENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
5 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**



Case
LA CV18-09439 JAK
DKT# 69



FILED
CLERK, U.S. DISTRICT COURT

APR 2 4 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT

APR 2

Case: 2:18cv09439  Doc: 69

Melba Jean Spencer
11111 Jefferson Boulevard
Culver City, CA 90230

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<27286180@cacd.uscourts.gov>Subject:Activity in Case 2:18-cv-09439-JAK-AS Melba
Jean Spencer v. Advance Mortgage Corporation, et al Order on Motion for Extension of Time to File
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 3/14/2019 at 4:04 PM PDT and filed on 3/14/2019

| | |
|---|---|
| **Case Name:** | Melba Jean Spencer v. Advance Mortgage Corporation, et al |
| **Case Number:** | 2:18-cv-09439-JAK-AS |
| **Filer:** | |
| **Document Number:** | 69 |

**Docket Text:**
**ORDER RE HEARING ON MOTIONS TO DISMISS (DKTS. [13], [16], [19]) AND REQUEST
TO FILE UNTIMELY OPPOSITION (DKT. [52]) AND REQUEST TO CONTINUE RULE
16(B)/26(F) SCHEDULING CONFERENCE (DKT. [59]) by Judge John A. Kronstadt: The
Court advises the parties that the Motions, noticed for hearing on March 18, 2019, have been
taken UNDER SUBMISSION and off its motion calendar. No appearance is necessary on March
18, 2019. Defendants' joint request (Dkt. 59) to continue the Rule 16(b)/26(f) Scheduling
Conference that is set for March 18, 2019 is GRANTED IN PART. The Scheduling Conference
is taken OFF CALENDAR. A revised deadline for the submission of a Joint Rule 16(B)/Rule
26(f) Report will be set in the order ruling on the Motions. Defendants shall promptly provide
telephonic and email notice to Plaintiff of the information in this Order, and file a corresponding
proof of service on or before March 15, 2019, at 2:00 p.m. (ake)**

**2:18-cv-09439-JAK-AS Notice has been electronically mailed to:**
Julie Ann Choi     dmarcus@wedgewood-inc.com, jchoi@wedgewood-inc.com,
aguisinger@wedgewood-inc.com
Elaine Yang     dmarcus@wedgewood-inc.com, eyang@wedgewood-inc.com
Jeremy Tsvi Katz     jtk@severson.com, ljt@severson.com, jmc@severson.com, spv@severson.com
Seth Philip Cox     dmarcus@wedgewood-inc.com, scox@wedgewood-inc.com
**2:18-cv-09439-JAK-AS Notice has been delivered by First Class U. S. Mail or by other means
BY THE FILER to :**
Melba Jean Spencer

11111 Jefferson Boulevard
Culver City CA 90230

1
2
3
4
5
6
7

8                **UNITED STATES DISTRICT COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

10   SPENCER, MELBA JEAN, a civilian          Case No. 2:18-cv-09439 JAK (ASx)
     invoking due process,
11                                            **ORDER RE HEARING ON**
                    Petitioner,               **MOTIONS TO DISMISS**
12                                            **(DKTS. 13, 16, 19) AND**
            vs.                               **REQUEST TO FILE**
13                                            **UNTIMELY OPPOSITION**
     ADVANCE MORTGAGE CORPORATION             **(DKT. 52);**
14   AMCO SERVICE CORPORATION
     OCWEN LOAN SERVICING LLC                 **REQUEST TO CONTINUE**
15   DUKE PARTNERS II, LLC                    **RULE 16(B)/26(F)**
     SAM CHANDRA                              **SCHEDULING CONFERENCE**
16   LAW OFFICE OF SAM CHANDRA, APC           **(DKT. 59)**
     WESTERN PROGRESSIVE, LLC
17   OLIVIA REYES
     DOES 1 through 10,
18
                    Respondents.
19

20
21
22
23
24
25
26
27
28

1         The Court has considered the matters raised with respect to the Motions to

2    Dismiss (Dkts. 13, 16, 19) and the Request to File an Untimely Opposition (Dkt. 52)

3    and has concluded that pursuant to Local Rule 7-15, the matter can be decided

4    without oral argument. The Court advises the parties that the Motions, noticed for

5    hearing on March 18, 2019, have been taken UNDER SUBMISSION and off its

6    motion calendar. No appearance is necessary on March 18, 2019.

7         Defendants' joint request (Dkt. 59) to continue the Rule 16(b)/26(f)

8    Scheduling Conference that is set for March 18, 2019 is **GRANTED IN PART.**

9    The Scheduling Conference is taken OFF CALENDAR. A revised deadline for the

10   submission of a Joint Rule 16(B)/Rule 26(f) Report will be set in the order ruling on

11   the Motions.

12        Defendants shall promptly provide telephonic and email notice to Plaintiff of

13   the information in this Order, and file a corresponding proof of service on or before

14   March 15, 2019, at 2:00 p.m.

15        IT IS SO ORDERED.

16

17   Dated: March 14, 2019

18                           JOHN A. KRONSTADT

19                           UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28