Case: 2:18cv9439  Doc: 75

**FILED**
CLERK, U.S. DISTRICT COURT
August 30, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AK___ DEPUTY

Melba Jean Spencer
11111 Jefferson Boulevard
Culver City, CA 90230

Cont





MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<27397084@cacd.uscourts.gov>Subject:Activity in Case 2:18-cv-09439-JAK-AS Melba Jean Spencer v. Advance Mortgage Corporation, et al Text Only Scheduling Notice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 4/2/2019 at 12:07 PM PDT and filed on 4/2/2019

| | |
|---|---|
| **Case Name:** | Melba Jean Spencer v. Advance Mortgage Corporation, et al |
| **Case Number:** | 2:18-cv-09439-JAK-AS |
| **Filer:** | |
| **Document Number:** | 75(No document attached) |

**Docket Text:**
(IN CHAMBERS) ORDER RE NOTICE OF AMENDED STANDING ORDER by Judge John A. Kronstadt: Counsel are advised that on March 25, 2019, the Court amended its Consolidated Standing Order. Counsel shall refer to this Court's Procedures and Schedules found on the website for the United States District Court (http://www.cacd.uscourts.gov/honorable-john-kronstadt) to obtain a copy of the Order. The March 25, 2019 version of the Consolidated Standing Order is effective in this action immediately. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rrey) TEXT ONLY ENTRY

**2:18-cv-09439-JAK-AS Notice has been electronically mailed to:**
Elaine Yang     eyang@wedgewood-inc.com, dmarcus@wedgewood-inc.com
Jeremy Tsvi Katz     jtk@severson.com, jmc@severson.com, ljt@severson.com, spv@severson.com
Julie Ann Choi     jchoi@wedgewood-inc.com, aguisinger@wedgewood-inc.com, dmarcus@wedgewood-inc.com
Seth Philip Cox     scox@wedgewood-inc.com, dmarcus@wedgewood-inc.com
**2:18-cv-09439-JAK-AS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Melba Jean Spencer
11111 Jefferson Boulevard
Culver City, CA 90230

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Wrong address



BRO

-R-T-S- 900255222-1N     08/23/19

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER


