FILED

Name: Spencer, Melba Jean civilian

Address: c/o 4905 Valleydale Ave

View Park, California 90043

Phone: _____

Fax: _____

In Pro Per

2019 OCT -4  PM 12: 38

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES
BY: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Spencer, Melba Jean civilian

_____

Plaintiff

ADVANCE Mortgage Corporation
AMCO Service Corporation
v.
Duke Partners II LLC
Ocwen Loan Servicing LLC
Sam Chandra dba Law Offices
of Sam Chandra
Western Progressive LLC
Olivia Reyes

Defendant(s).

CASE NUMBER:  2:18-cv-09439-JAK-AS

RESPONSE TO

ORDER TO SHOW CAUSE

_____

_____

(Enter document title in the space provided above)

ORDER TO SHOW CAUSE

On or about November 6, 2018 Claimant Spencer, Melba Jean (civilian invoking equity and civilian right of due process) brought this action against Advance Mortgage Corporation ("Advance"), AMCO Service Corporation ("AMCO") Ocwen Loan Servicing LLC ("Ocwen"), Duke Partners II LLC ("Duke"), Sam Chandra ("Chandra") Law Office of Sam Chandra, APC ("Chandra Office") Western Progressive LLC ("Western"), Olivia Reyes ("Reyes") and Does 1 through 10.

(see Exhibits A, A1 & b, b1

**1**
*Page Number*

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Clamant Spencer Melba Jean civilian has mailed petition/claim to Defendants Advance Mortgage Corporation, AMCO Service Corporation and Western Progressive, LLC should not be dismissed for lack of prosecution. Spencer Melba Jean petitioner/plaintiff will attempt to serve these defendants again. This service will be completed by November 4, 2019. This timeline is reasonable. It allows for more than 2 attempt 1 to be made for each defendant in the case of mail returns.

Leviticus 19:34   I am the Lord your God and since God always judges with righteousness and equity he expects those who judge to do the very same thing.

Galatians 3 17:18 NIV   The law introduced 430 years later, does not set aside the covenant previously established by God and thus do away with the promise for if inheretance depends on the law, then it no longer depends on the promise; but God in his grace gave it to Abraham through a promise

Leviticus 19:15 You shall do no injustice in court, you shall not be partial to the poor or defer to the great but in righteousness shall you judge your neighbor.

Spencer, Melba
10-3-19

2

Page Number

Affidavit in support of Order to Show cause

I, Spencer Melba Jean, (civilian seeking remedy and invoking equity and civilian right of due process) affirm that I have served ON or about November 6 2018 Defendants Advance Mortgage Corporation, AMCO Service Corporation and Western Progressive, LLC. I also state Equity abhors a forfeiture and equity will not suffer a wrong to be without a remedy. Equity regards the beneficiary as the true owner

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Please See Attachment

sign Spencer, Melba

date 10-3-2019

# CALIFORNIA JURAT
## (CALIFORNIA GOVERNMENT CODE § 8202)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA

COUNTY OF _Los Angeles_

Subscribed and sworn to (or affirmed) before me on this _3_ day of _oct_, 20 _19_,

by _Melda Jean Spencer_, proved to me on the basis of
     (Name of Signer(s))

satisfactory evidence to be the person(s) who appeared before me.

BRIDGETTE NACOLE MCBRIDE
Notary Public - California
Los Angeles County
Commission # 2150279
My Comm. Expires Apr 24, 2020

_____
Signature of Notary Public

(Notary Seal)

_____ADDITIONAL OPTIONAL INFORMATION_____

**Description of Attached Document**

Title or Type of Document: _Affidavit in support of order to show cause_ Document Date: _10-3-19_

Number of Pages: _1_ Signer(s) Other Than Named Above: _N A_

Additional Information: _NA_

revision date 01/01/2015

Exhibit   A, A1

Spencer, Melba Jean, civilian
Heir to MELBA JEAN WHITE, E-state
11111 Jefferson Boulevard
Culver City. Nation California exempt
Non-Domestic without the u.s.
All correspondence required by mail

CAUSE NO. _____

---

# UNITED FEDERAL COURT LOS ANGELES COUNTY

---

Spencer, Melba Jean, a civilian invoking due process

       **Petitioner**

v.

ADVANCE MORTGAGE CORPORATION
AMCO SERVICE CORPORATION
OCWEN LOAN SERVICING LLC
DUKE PARTNERS II, LLC
SAM CHANDRA
LAW OFFICE OF SAM CHANDRA, APC
WESTERN PROGRESSIVE, LLC
Olivia Reyes
Does 1 through 10

       **Respondents**

C.R.I.S. # _____
Parcel # 5064003017

**Special Cause**

**Civilian Right INVOKE EQUITY
CONFIDENTIAL – SPECIAL CAUSE**
Trial by Jury Demanded,
Oral Hearing Demanded
*All due process of Rights to Amend*

---

# AFFIDVAIT OF SERVICE

---

ABOVE STYLED RESPONDENTS AND ALL OTHERS WHOM IT MAY CONCERN:

YOU ARE HEREBY NOTIFIED of the institution of this Action by Petitioner against you seeking to take Petitioners Land Patent Title on the following property in Los Angeles County:

- ➤ "PETITION"
- ➤ LIS PENDENS
- ➤ PROOF OF SERVICE

**Affidavit of Certificate of Service**

**C.R.I.S #** ꓮ017 i 000 0001 11395886

A

This is to certify that a copy of the foregoing "PETITION;" Lis Pendant; proof of service served on:

**COUNTY OF LOS ANGELES**
County of Administration Center
500 West Temple Street, Room 358
Los Angeles, California [90012]
https://countyofLos Angeles.us/.

**ADVANCE MORTGAGE CORPORATION (FTB SUSPENDED)**
10330 Pioneer Boulevard Suite 250
Santa Fe Springs California [90670]

**AMCO SERVICE CORPORATION (FTB SUSPENDED)**

**OCWEN LOAN SERVICING LLC**
c/o CSC-LAWYERS INCOPORATING SERVICE
251 LITTLE FALLS DRIVE
WILMINGTON DELAWARE 19808

**DUKE PARTNERS II, LLC**
c/o COGENCY GLOBAL INC.
10 EAST 40TH ST 10TH FLOOR
NEW YORK, NEW YORK 10016

**LAW OFFICE OF SAM CHANDRA, APC**
**SAM CHANDRA**
710 South Myrtle Avenue #600
Monrovia, California 91016

**WESTERN PROGRESSIVE, LLC**
**Attention:** Olivia Reyes
c/o CSC-LAWYERS INCOPORATING SERVICE
251 LITTLE FALLS DRIVE
WILMINGTON DELAWARE 19808

At Los Angeles, Los Angeles County California on _11/14/18_ 2018, in a postage pre-paid Certified Mail Return Receipt Priority Mail USPS envelope.

Third Party neutral party for service and process only of pleading

By _Spencu Marquilla_

A'

Exhibit b, b1

Spencer, Melba Jean, civilian
, Heir to MELBA JEAN WHITE, E-state
11111 Jefferson Boulevard
Culver City. Nation California exempt
Non-Domestic without the u.s.
All correspondence required by mail

CAUSE NO. _____

---

# UNITED FEDERAL COURT LOS ANGELES COUNTY

---

Spencer, Melba Jean, a civilian invoking due process

**Petitioner**

V.

ADVANCE MORTGAGE CORPORATION
AMCO SERVICE CORPORATION
OCWEN LOAN SERVICING LLC
DUKE PARTNERS II, LLC
SAM CHANDRA
LAW OFFICE OF SAM CHANDRA, APC
WESTERN PROGRESSIVE, LLC
Olivia Reyes
Does 1 through 10

**Respondents**

C.R.I.S. # _____
Parcel # 5064003017

**Special Cause**

**Civilian Right INVOKE EQUITY
CONFIDENTIAL – SPECIAL CAUSE**
Trial by Jury Demanded,
Oral Hearing Demanded
*All due process of Rights to Amend*

---

# AFFIDVAIT OF SERVICE

---

ABOVE STYLED RESPONDENTS AND ALL OTHERS WHOM IT MAY CONCERN:

YOU ARE HEREBY NOTIFIED of the institution of this Action by Petitioner against you seeking to take Petitioners Land Patent Title on the following property in Los Angeles County:

- ➤ "PETITION"
- ➤ LIS PENDENS
- ➤ PROOF OF SERVICE

**Affidavit of Certificate of Service**

**C.R.I.S #** 7017 1000 0001 1150050

This is to certify that a copy of the foregoing "PETITION;" Lis Pendant; proof of service served on:

**COUNTY OF LOS ANGELES**
County of Administration Center
500 West Temple Street, Room 358
Los Angeles, California [90012]
https://countyofLos Angeles.us/

**ADVANCE MORTGAGE CORPORATION (FTB SUSPENDED)**

**AMCO SERVICE CORPORATION (FTB SUSPENDED)**
ATTN· AMY C
5452 Oceanus Drive
Huntington Beach California 92649
**OCWEN LOAN SERVICING LLC**
c/o CSC-LAWYERS INCOPORATING SERVICE
251 LITTLE FALLS DRIVE
WILMINGTON DELAWARE 19808

**DUKE PARTNERS II, LLC**
c/o COGENCY GLOBAL INC.
10 EAST 40TH ST 10TH FLOOR
NEW YORK, NEW YORK 10016

**LAW OFFICE OF SAM CHANDRA, APC**
**SAM CHANDRA**
710 South Myrtle Avenue #600
Monrovia, California 91016

**WESTERN PROGRESSIVE, LLC**
**Attention:** Olivia Reyes
c/o CSC-LAWYERS INCOPORATING SERVICE
251 LITTLE FALLS DRIVE
WILMINGTON DELAWARE 19808

At Los Angeles, Los Angeles County California on 11/14/18 2018, in a postage pre-paid Certified Mail Return Receipt Priority Mail USPS envelope.

Third Party neutral party for service and process only of pleading

By _Spencer Marquette_

b1