FILED

Spencer, Melba Jean (Full Name)

c/o 4905 Valleydale Ave (Address Line 1)

Viewpark, California (Address Line 2)

90043

_____ (Phone Number)

2019 OCT -4  PM 12:38

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

_____ in Pro Per
(indicate Plaintiff or Defendant)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Spencer, Melba Jean, Civilian

Plaintiff,

vs.

ADVANCE MORTGAGE, AMCO Service Corporation, Duke Partners II LLC, Ocwen Loan Servicing LLC, Sam Chandra dba Law Offices of Sam Chandra, Western Progressive LLC, Olivia Reyes Defendant(s).

Case No.: 2:18-cv-09439-JAK-AS

**PROOF OF SERVICE BY MAIL**

I, Kyle Boyd, declare as follows:
(name of person serving documents)

My address is 3921 Hillcrest Drive, #26 Los Angeles, California 90008, which is located in the county where the mailing described below took place.

On __10-4-19__, I served the document(s) described as:
(date of mailing)

ORDER TO SHOW CAUSE
(list the names of the documents you are mailing)

AFFIDAVIT IN support OF ORDER TO SHOW CAUSE.

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in __Los Angeles, California__,
(city and state of mailing)

addressed to:

ADVANCE MORTGAGE CO (name)
10330 Pioneer Blvd Suite 250
Santa Fe Springs, CA

AMCO SERVICE CORPORATION (address)
5452 Oceanus Ave Drive Huntington Beach, 92649

Duke Partners II LLC 10 East 40th St. (address)
10th Fl New York, New York 10016

Ocwen Loan Servicing LLC 1661 (address)
Worthington Rd, Suite 100, West Palm Beach
Florida 33409

Sam Chandra dba Law Offices of (name)
SAM Chandra APC 710 Myrtle Ave,
Suite 600 Monrovia CA 91016 (address)

Western Progressive LLC 18377
Beach Blvd Suite 210 Huntington Beach (address)
CA 92604

Olivia Reyes 18377 Beach Blvd. Suite 210 (address)
Huntington Beach, California 92648

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/4/19__ at __Los Angeles California__
(date)                        (city and state of signing)

_Kyle Boyd_ (sign)

Kyle Boyd (print name)

2
Proof of Service