# Motion and proposed Order

Please find enclosed original of one copy of the motion and order Substituting party plaintiff and the certificate of mailing in the above referenced case with the appropriate consents please have executed file indicated and return order provided to our office in self addressed envelope provided also enclosed is a $25 filing fee

I am asking that you do not grant rescind the motion of the grounds listed in my objection I did not consent to any motion in order specifically order to substitute plaintiff I was not given time to object to these proposed order also documents updated before I was given a reasonable time to obect thank you in advance for your cooperation ..

FILED
CLERK, U.S. DISTRICT COURT
OCT -7 2019
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

## ORDER TO RESCIND ORDER TO SUBSTITUTE PLAINTIFF

This is an action for mortgage or the state and County of California Subsequent to the initiation of the suit defendants file motion to dismiss on the grounds that plaintiff failed to substitute real party in interest on or about 7/7/17 plaintiff failed to respond in timely manner defendants were not given time to object to order as required by law and did not Consent to this order as outlined in plaintiff motion defendant moves pursuant to SCRP 17a and SCRP rule 12a to rescind order for substitute plaintiff. It is so ordered.

Enclosed: Authenticated title
Constitution
25.00 money order

X DATE September 27, 2019

X NAME Spencer, Melba
Spencer, Melba

See Attached NOTARIZED Paperwork

2ND Mailing
CASE# 2:18-CV-09439-JAK-AS

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

**(CALIFORNIA CIVIL CODE § 1189)**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )
COUNTY OF Los Angeles )

On 09/27/2019 before me, Lisa Grantham
(*Date*) (*Here Insert Name and Title of the Officer*)

personally appeared Melba Spencer,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Lisa Grantham, Notary Public
*Signature of Notary Public*

LISA GRANTHAM
Notary Public - California
Los Angeles County
Commission # 2245311
My Comm. Expires Jun 4, 2022

(Notary Seal)

**ADDITIONAL OPTIONAL INFORMATION**

**Description of Attached Document**

Title or Type of Document: Motion and Proposed Order Document Date: 09/27/2019

Number of Pages: 1 Signer(s) Other Than Named Above: ______

Additional Information: ______

AFFIDAVIT OF OWNERSHIP

State of Ca,ifornia }

County of Los Angeles } SS

RE: Birth Certificate }

I, the undersigned, of lawful age, and being first duly sworn on oath, depose and state that I am familiar with the facts recited, and the party named in said birth certificate is the same party as one of the owners names in said certificate of title.

Spencer, Melba
Signature

Signed and sworn before me this _____ day of _____________, 20___.

Notary Public My Commission Expires

NOTARIAL CERTIFICATE ATTACHED

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of — Los Angeles —

Subscribed and sworn to (or affirmed) before me on this ______ day of —September 11—, 2017, by — Melba Spencer ______________________________,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

MARIA PEREZ
Commission # 2138964
Notary Public - California
Los Angeles County
My Comm. Expires Jan 29, 2020

(Seal) Signature ____________ Maria Perez, Notary Public

15033047-2

# United States of America

## DEPARTMENT OF STATE

***To all to whom these presents shall come, Greetings:***

I Certify That the document hereunto annexed is under the Seal of the State(s) of Alabama, and that such Seal(s) is/are entitled to full faith and credit.*

***For the contents of the annexed document,the Department assumes no responsibility***
***This certificate is not valid if it is removed or altered in any way whatsoever***

In testimony whereof, I, John F. Kerry, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this nineteenth day of May, 2015.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

Secretary of State

By______

Assistant Authentication Officer,
Department of State

JOHN H. MERRILL
SECRETARY OF STATE

ALABAMA STATE CAPITOL
MONTGOMERY, AL 36130

# STATE OF ALABAMA

**I, John H. Merrill, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the commission register on file and record in this office discloses that

Catherine Molchan Donald

is the duly appointed State Registrar of Vital Statistics. I further certify that said Catherine Molchan Donald is the proper official to certify the records of the Division of Vital Statistics and that her signature appearing on the attached instrument is to the best of my knowledge, information and belief, genuine.

**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

April 22, 2015
**Date**

**John H. Merrill** J. H. Merrill **Secretary of State**

2015-015016

ONT OF THIS DOCUMENT IS PINK - THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

# ALABAMA
## Center for Health Statistics

THIS CERTIFICATE MUST BE FILED WITH LOCAL REGISTRAR WITHIN FIVE (5) DAYS AFTER BIRTH

USE TYPEWRITER OR DARK INK

Standard Form VS-1—RM

MOTHER'S COMPLETE MAILING ADDRESS

Name Willie D. White
Dixons Mills Ala

Federal Security Agency
U. S. Public Health Service

**STANDARD CERTIFICATE OF LIVE BIRTH**

**STATE OF ALABAMA**

4611000

State File No. 57723
Registrar's No.

1. PLACE OF BIRTH:
(a) County Marengo Beat No. 11
(b) City or town Dixon Mills (If outside city or town limits write RURAL)
(c) Name of hospital or institution:
(If not in hospital or institution give street number)
(d) Mother's stay before delivery:
In hospital or institution ______ In this community ______ (Specify whether years, months, or days)

2. USUAL RESIDENCE OF MOTHER: 4611000
(a) State Alabama
(b) County Marengo Beat No. 11
(c) City or town Dixon Mills (If outside city or town limits write RURAL)
(d) Street No. (If rural give R. F. D. and Box No.)

3. Full Name of Child Melba Jean White

4. Date of Birth September (month) 5 (day) 1948 (year)

5. Boy or girl girl
6. Twin or triplet? ______ If so—born 1st, 2nd, 3rd ______ (Answer only in event of plural birth)
7. Number of months of pregnancy 9

FATHER OF CHILD
8. Full name John White 300
9. Color or race Col
10. Age at time of this birth 39 yrs.
11. Where born? Dixon Mills Ala
12. Usual occupation Farmer
13. Industry or business

MOTHER OF CHILD
14. Full maiden name Willie May Blackmon
15. Color or race Col
16. Age at time of this birth 35 yrs.
17. Where born? Dixon Mills Ala
18. Usual occupation Housewife
19. Industry or business

20. Other children born to this mother NOT including this birth (a) How many are now living? 6 (b) How many were born alive but are now dead? 0 (c) How many were born dead? 0

**CERTIFICATE OF ATTENDING PHYSICIAN OR MIDWIFE**

21. I hereby certify that I attended the birth of this child who was born alive at the hour of 2:35 P. m. on the date above stated and that the information given was furnished by Willie D. White related to this child as mother

Signed by Ella Williams
M. D., Midwife or other? (Specify) Midwife
Address Dixons Mills, Ala

22. Date filed with local registrar 9-9 1948
23. Local registrar's signature [illegible]

**SUPPLEMENTARY DATA BELOW ARE NOT A PART OF THE LEGAL CERTIFICATE**

(a) Is mother married? Yes (If mother is not married do not enter any information about the father.)
(b) Was a blood test for syphilis made on the mother of this child during pregnancy? Yes
(c) Congenital malformations? no (Specify whether clubfoot, harelipped, etc.)

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2015-174-923-4

March 6, 2015

Catherine M. Donald
Catherine Molchan Donald
State Registrar of Vital Statistics

# IN CONGRESS, JULY 4, 1776.

## The unanimous Declaration of the thirteen united States of America,

When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation. — We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. — That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, — That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security. — Such has been the patient sufferance of these Colonies; and such is now the necessity which constrains them to alter their former Systems of Government. The history of the present King of Great Britain is a history of repeated injuries and usurpations, all having in direct object the establishment of an absolute Tyranny over these States. To prove this, let Facts be submitted to a candid world. — He has refused his Assent to Laws, the most wholesome and necessary for the public good. — He has forbidden his Governors to pass Laws of immediate and pressing importance, unless suspended in their operation till his Assent should be obtained; and when so suspended, he has utterly neglected to attend to them. — He has refused to pass other Laws for the accommodation of large districts of people, unless those people would relinquish the right of Representation in the Legislature, a right inestimable to them and formidable to tyrants only. — He has called together legislative bodies at places unusual, uncomfortable, and distant from the depository of their public Records, for the sole purpose of fatiguing them into compliance with his measures. — He has dissolved Representative Houses repeatedly, for opposing with manly firmness his invasions on the rights of the people. — He has refused for a long time, after such dissolutions, to cause others to be elected; whereby the Legislative powers, incapable of Annihilation, have returned to the People at large for their exercise; the State remaining in the mean time exposed to all the dangers of invasion from without, and convulsions within. — He has endeavoured to prevent the population of these States; for that purpose obstructing the Laws for Naturalization of Foreigners; refusing to pass others to encourage their migrations hither, and raising the conditions of new Appropriations of Lands. — He has obstructed the Administration of Justice, by refusing his Assent to Laws for establishing Judiciary powers. — He has made Judges dependent on his Will alone, for the tenure of their offices, and the amount and payment of their salaries. — He has erected a multitude of New Offices, and sent hither swarms of Officers to harrass our people, and eat out their substance. — He has kept among us, in times of peace, Standing Armies without the Consent of our legislatures. — He has affected to render the Military independent of and superior to the Civil power. — He has combined with others to subject us to a jurisdiction foreign to our constitution, and unacknowledged by our laws; giving his Assent to their Acts of pretended Legislation: — For Quartering large bodies of armed troops among us: — For protecting them, by a mock Trial, from punishment for any Murders which they should commit on the Inhabitants of these States: — For cutting off our Trade with all parts of the world: — For imposing Taxes on us without our Consent: — For depriving us in many cases, of the benefits of Trial by Jury: — For transporting us beyond Seas to be tried for pretended offences — For abolishing the free System of English Laws in a neighbouring Province, establishing therein an Arbitrary government, and enlarging its Boundaries so as to render it at once an example and fit instrument for introducing the same absolute rule into these Colonies: — For taking away our Charters, abolishing our most valuable Laws, and altering fundamentally the Forms of our Governments: — For suspending our own Legislatures, and declaring themselves invested with power to legislate for us in all cases whatsoever. — He has abdicated Government here, by declaring us out of his Protection and waging War against us. — He has plundered our seas, ravaged our Coasts, burnt our towns, and destroyed the lives of our people. — He is at this time transporting large Armies of foreign Mercenaries to compleat the works of death, desolation and tyranny, already begun with circumstances of Cruelty & perfidy scarcely paralleled in the most barbarous ages, and totally unworthy the Head of a civilized nation. — He has constrained our fellow Citizens taken Captive on the high Seas to bear Arms against their Country, to become the executioners of their friends and Brethren, or to fall themselves by their Hands. — He has excited domestic insurrections amongst us, and has endeavoured to bring on the inhabitants of our frontiers, the merciless Indian Savages, whose known rule of warfare, is an undistinguished destruction of all ages, sexes and conditions. In every stage of these Oppressions We have Petitioned for Redress in the most humble terms: Our repeated Petitions have been answered only by repeated injury. A Prince, whose character is thus marked by every act which may define a Tyrant, is unfit to be the ruler of a free people. Nor have We been wanting in attentions to our Brittish brethren. We have warned them from time to time of attempts by their legislature to extend an unwarrantable jurisdiction over us. We have reminded them of the circumstances of our emigration and settlement here. We have appealed to their native justice and magnanimity, and we have conjured them by the ties of our common kindred to disavow these usurpations, which would inevitably interrupt our connections and correspondence. They too have been deaf to the voice of justice and of consanguinity. We must, therefore, acquiesce in the necessity, which denounces our Separation, and hold them, as we hold the rest of mankind, Enemies in War, in Peace Friends. —

We, therefore, the Representatives of the united States of America, in General Congress, Assembled, appealing to the Supreme Judge of the world for the rectitude of our intentions, do, in the Name, and by Authority of the good People of these Colonies, solemnly publish and declare, That these United Colonies are, and of Right ought to be Free and Independent States; that they are Absolved from all Allegiance to the British Crown, and that all political connection between them and the State of Great Britain, is and ought to be totally dissolved; and that as Free and Independent States, they have full Power to levy War, conclude Peace, contract Alliances, establish Commerce, and to do all other Acts and Things which Independent States may of right do. — And for the support of this Declaration, with a firm reliance on the protection of divine Providence, we mutually pledge to each other our Lives, our Fortunes and our sacred Honor.

John Hancock

[illegible signatures]

George Wythe

Th Jefferson

Benj Harrison

William Ellery

Roger Sherman

Abra Clark

Spencer Melba Jean
Melba Jean Spencer
All rights reserved 9-13-18

Spencer, Melba Jean
%4905 Valleydale Ave
View Park, California 90043

UNITED STATES POSTAL SERVICE
1024

90012

U.S. POSTAGE PAID
FCM LG ENV
LOS ANGELES, CA
90018
OCT 04, 19
AMOUNT
**$7.60**
R2305M147343-07

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT - 7 2019
CENTRAL DISTRICT OF CALIFORNIA
BY
DEPUTY

Clerk of the Courts
California Central Division
255 E. Temple Street Suite-180
Los Angeles, California 90012

Case Number 2:18-CV-09439-JAK-AS

PLACE STICKER AT TOP OF ENVELOPE TO THE RI[GHT] OF THE RETURN ADDRESS, FOLD AT DOTTED LI[NE]

**CERTIFIED MAIL®**