**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

---

**OFFICIAL BUSINESS**

R-T-S- 902305502-1N    09/27/19

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

JAK

Case: 2:18cv9439   Doc: 82



Melba Jean Spencer
11111 Jefferson Boulevard
Culver City, CA 90230

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<28441261@cacd.uscourts.gov>Subject:Activity in Case 2:18-cv-09439-JAK-AS Melba Jean Spencer v. Advance Mortgage Corporation, et al Deficiency in Electronically Filed Documents (G-112A) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 9/19/2019 at 5:25 PM PDT and filed on 9/19/2019

| | |
|---|---|
| **Case Name:** | Melba Jean Spencer v. Advance Mortgage Corporation, et al |
| **Case Number:** | 2:18-cv-09439-JAK-AS |
| **Filer:** | |
| **Document Number:** | 82 |

**Docket Text:**
**NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Proof of Service [80]. The following error(s) was/were found: Incorrect docketing event selected. Correct event is Service of Subsequent Document Filings-Proof of Service (subsequent documents). Other error(s) with document(s): The document is accepted as filed. Counsel shall take notice of the CM/ECF procedures. Any future document will be stricken for failure to follow the procedures. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (bm)**

**2:18-cv-09439-JAK-AS Notice has been electronically mailed to:**
Julie Ann Choi     dmarcus@wedgewood-inc.com, jchoi@wedgewood-inc.com, aguisinger@wedgewood-inc.com
Elaine Yang     dmarcus@wedgewood-inc.com, eyang@wedgewood-inc.com
Jeremy Tsvi Katz     jtk@severson.com, jcm@severson.com, ljt@severson.com, jmc@severson.com
Seth Philip Cox     dmarcus@wedgewood-inc.com, scox@wedgewood-inc.com
**2:18-cv-09439-JAK-AS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Melba Jean Spencer
11111 Jefferson Boulevard
Culver City CA 90230

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELBA JEAN SPENCER<br><br>Petitioner(s),<br><br>v.<br><br>DUKE PARTNERS II, LLCADVANCE MORTGAGE CORPORATION, et al.<br><br>Defendant(s) Respondent(s). | CASE NUMBER:<br><br>2:18-cv-09439-JAK-AS<br><br>NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __9/18/2019__

Document Number(s):   __Proof of Service__

Title of Document(s):   __80__

**ERROR(S) WITH DOCUMENT:**

Incorrect docketing event selected. Correct event is Service of Subsequent Document Filings-Proof of Service (subsequent documents)

Other:

The document is accepted as filed. Counsel shall take notice of the CM/ECF procedures. Any future document will be stricken for failure to follow the procedures

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _September 19, 2019_                    By: _/s/ Benjamin Moss  Benjamin_Moss@cacd.uscourts.gov_
                                                                                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G-112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**