FILED

Spencer, Melba Jean civilian (Full Name)
c/o 4905 Valleydale Ave (Address Line 1)
Viewpark, California 90043 (Address Line 2)
_____ (Phone Number)

_____ in Pro Per
(indicate Plaintiff or Defendant)

2019 NOV 12 PM 12: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Spencer, Melba Jean civilian )       Case No.: 2:18-CV-09439-JAK-AS
              Plaintiff,           )
    vs.                            )  **PROOF OF SERVICE BY MAIL**
ADVANCE MORTGAGE Corporation )
Amco Service Corporation     )
Duke Partners II LLC         )
Ocwen Loan Servicing LLC     )
Sam Chandra dba Law Offices of )
SAM Chandra                  )
Western Progressive LLC      )
Olivia Reyes                 )
                           , )
              Defendant(s).        )
                                   )

I, marquetta Spencer , declare as follows:
(name of person serving documents)

My address is 1055 Vignes Street
Los Angeles, California 90012 , which is located in the
county where the mailing described below took place.

On  11-12-19 , I served the document(s) described as:
(date of mailing)

Original petition/Claim of 11/6/2019
(list the names of the documents you are mailing)

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in  Los Angeles, California ,
(city and state of mailing)
addressed to:

ADVANCE MORTGAGE CORPORATION (name)
10330 Pioneer Boulevard Suite 256 (address)
Santa Fe Springs, California 90670 (address)
_____ (address)

AMCO Service Corporation
ATTN: AMY C (name)
5452 Oceanus Drive
Huntington Beach California 92649 (address)
Western Progressive LLC
c/o CSC Lawyers Incorporating (address)
Service
251 Little Falls Drive (address)
Wilmington, Delaware 19808

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11-12-19  at  Los Angeles, California 90012 
(date)                                (city and state of signing)

_(sign)_

marquetta spencer
(print name)

Pro Se Clinic Form

2
Proof of Service